| | |
|---|---|
| **DISTRICT COURT, GRAND COUNTY, COLORADO** <br> **14TH JUDICIAL DISTRICT** <br> 307 Moffat Ave, <br> Hot Sulphur Springs, CO 80451 <br><br> **DAN A. LOVE,** <br><br> **PLAINTIFF,** <br><br> **v.** <br><br> **STATE FARM FIRE AND CASUALTY COMPANY,** <br><br> **DEFENDANT.** | DATE FILED: May 4, 2022 4:42 PM <br> FILING ID: 8EB129A2A97E3 <br> CASE NUMBER: 2022CV30034 <br><br><br><br><br><br><br><br><br> ▲**FOR COURT USE ONLY**▲ |
| ATTORNEY FOR PLAINTIFF: <br> Natascha O'Flaherty, #22183 <br> Never Summer Law, LLC <br> 70 E Agate Ave, Unit H <br> PO Box 321 <br> Granby, Colorado 80446 <br> Phone: 970.557.3755 <br> E-Mail: natascha@neversummerlaw.com | Case Number: <br><br> Div.:          Ctrm: |
| **COMPLAINT AND JURY DEMAND** | |

**COMES NOW** Plaintiff, Dan A. Love, by and through his undersigned counsel, and hereby submits this Complaint and Jury Demand against Defendant, State Farm Fire and Casualty Company, as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.      Plaintiff, Dan A. Love, is an individual domiciled in Colorado (hereinafter "Plaintiff").

2.      Defendant, State Farm Fire and Casualty Company ("Defendant" or "State Farm"), is a foreign insurance company incorporated in the State of Illinois and authorized to do business in the State of Colorado.

EXHIBIT

A

3.      This Court has subject matter and personal jurisdiction over the parties to this cause of action.

4.      A cause of action exists under Colorado state law for claims regarding the conduct complained of herein.

5.      Jurisdiction is proper as to Defendant pursuant to Colorado Revised Statutes § 13-1-124(1)(a), (b), and (d) because Defendant conducted the business at issue in this action, committed tortious misconduct and contracted to insure property within Grand County, Colorado.

6.      Venue is proper pursuant to Col.R.Civ.P. 98 because the events which constitute the basis of this Complaint and Jury Demand, including, but not limited to, the formation of the insurance policy and location of the property in question, occurred in Grand County, Colorado.

## FACTS COMMON TO ALL COUNTS

7.      At all times material hereto, Plaintiff was the owner of property located at 6853 County Rd 41, Granby, Colorado 80446 (the "Property").

8.      At all times material hereto, the Grand County Builders Association estimated the cost of rebuild within the Grand Lake area between $325 to $400 per square foot.

9.      Plaintiff purchased an all-risk- replacement cost value, Colorado Homeowners Policy of insurance from State Farm under Policy Number 063336625 (the "Policy") issued with effective dates of September 1, 2020, through September 1, 2021.

10.     The Policy included the following applicable coverages:

| | | |
|---|---|---|
| a. | Coverage A – Dwelling: | $665,179.00 |
| b. | Dwelling Extension: | $66,518.00 |
| c. | Increased Dwelling: | $133,035.80 |
| d. | Debris Removal: | $33,258.95 |
| e. | Debris Extension: | $3,325.90 |
| f. | Contents debris | $27,440.90 |

g. Building Ordinance:            $66,517.00
h. Tree/Plants/Shrubs:            $33,258.95
i. Personal Property:             $548,818.00

11.     The Policy provides coverage for additional living expenses incurred to maintain a normal standard of living.

12.     The Policy's insuring agreement provides coverage for accidental direct physical loss to the Property caused by fire.

13.     Pursuant to its Policy, State Farm agreed to repair, rebuild, and replace damaged Property with materials of like kind and quality.

14.     The Policy provides for replacement cost value benefits at the time in which repairs are to be made, not as of the date of loss. This coverage includes and contemplates any increase in cost that may arise based on a change in market conditions such as access to materials and labor.

15.     On or about October 21, 2020, during the Policy period, the Property suffered sudden and accidental direct physical loss caused by the East Troublesome Fire.

16.     The East Troublesome Fire destroyed the Property, including complete burn of the main residence, detached garage, and landscaping (the "Loss").

17.     Plaintiff was displaced due to the East Troublesome Fire Loss.

18.     Plaintiff promptly reported the Loss to State Farm and was assigned Claim Number 06-13D7-39L (the "Claim").

19.     Upon contacting State Farm to report the Claim, Plaintiff communicated with State Farm representative, Erik Mathews. Mr. Mathews explained the coverage limits contained in the Policy and represented to Plaintiff that the maximum limits of each coverage would be issued upon confirmation of a "total loss".

20.     On November 2, 2020, Plaintiff received correspondence from State Farm indicating that it had assigned the Claim to Jimi Alexander to adjust the Loss.

21.     On November 3, 2020, Mr. Alexander represented to Plaintiff that a separate adjuster would be assigned to inspect the Loss.

22.     State Farm again notified Plaintiff that all Policy benefits would be issued upon determination that the Loss was a "total loss".

23.     State Farm assigned Brayden Hurst of Worley Claims Management to adjust the Loss and prepare a damage estimate.

24.     Upon information and belief, Worley Claims Management actively markets its services to insurance carriers and insurance professionals. The majority of Worley Claims Management's business in Colorado comes from insurance carriers like State Farm.

25.     On November 18, 2020, Brayden Hurst conducted an inspection of the Property.

26.     During his initial inspection, Brayden Hurst represented to Plaintiff that the extent of damages to the Property amounted to a total loss.

27.     During his initial inspection, Brayden Hurst represented to Plaintiff that the Claim should be resolved by January of 2021.

28.     On December 1, 2020, Plaintiff provided State Farm with documentation and photographs further substantiating that the Property was a total loss.

29.     On December 3, 2020, State Farm issued an advance payment under Coverage A in the amount of $332,589.00.

30.     On December 3, 2020, State Farm issued an advance payment under Coverage B in the amount of $164,645.40.

31.     Based on information provided by Plaintiff coupled with State Farm's inspection confirming that the Property was a total loss, State Farm knew at the time of the initial inspection, or should have known shortly thereafter, that the cost to reconstruct the Property would exceed the coverage limitations of the Policy.

32.     Given the complete burn of the landscaping, State Farm knew at the time of the initial inspection, or should have known shortly thereafter, that the cost to remove all of the destroyed trees, shrubs, and plants would exceed the coverage limitations of the Policy.



33.     State Farm reassigned the Claim to Holly Hourihan, a Claims Specialist, to handle the Claim.

34.     On April 23, 2021, over six months after the Loss, State Farm produced an Xactimate estimate of the scope and cost to rebuild the Property totaling $743,902.55 ("First State Farm Estimate").

35.     The First State Farm Estimate grossly understated the scope and cost to rebuild the Property. More specifically, the First State Farm Estimate estimated a rebuild cost of $230.00 per square foot.

36.     State Farm knew, or should have known, that the Grand County Builders Association estimated the cost of rebuild within the Grand Lake area between $325 to $400 per square foot. Consequently, State Farm knew or should have known that the First State Farm Estimate did not provide for the reasonable cost to replace the Property, nor did it contemplate the increase of material and labor prices due to limited availability and higher demand. *See* **Exhibit A**.

37.     On April 23, 2021, State Farm issued payment under Coverage A Dwelling in the amount of $264,940.55.

38.     On April 23, 2021, State Farm issued payment under Coverage A Dwelling Extension in the amount of $66,518.00.

39.     On April 23, 2021, State Farm issued payment under Trees Shrubs and Landscaping Coverage in the amount of $33,258.95.

40.     On April 23, 2021, State Farm issued its *first* payment under Loss of Use in the amount of $18,133.40.

41.     State Farm's failure to timely conduct a thorough evaluation of the Claim, as further alleged above, and its failure to timely prepare an estimate of the scope and cost to rebuild the Property, led to the delay of covered benefits in the amount of $364,717.50, as outlined in Paragraphs 34-40, without a reasonable basis.

42.     State Farm's failure to timely conduct a thorough evaluation of the Claim, as further alleged above, and its failure to timely prepare an estimate of the scope and cost to rebuild the Property was inconsistent with property insurance industry standards, including, but not limited

to, Colorado Revised Statutes § 10-3-1104 (1)(h) and Colorado Division of Insurance Regulation 702-5:5-1-14.

43.     More specifically, Colorado Division of Insurance Regulation 702-5:5-1-14(4)(A)(1)(a) provides that [a]ll insurers authorized to write property and casualty insurance policies in Colorado, shall make a decision on claims and/or pay benefits due under the policy within sixty (60) days after receipt of a valid and complete claim unless there is a reasonable dispute between the parties concerning such claim, and provided the insured has complied with the terms and conditions of the policy of insurance.

44.     Colorado Division of Insurance Regulation 702-5:5-1-14(4)(A)(1)(b) provides that [i]f an insurer fails to make a decision and/or pay benefits due under the policy within sixty (60) days after a valid and complete claim has been received, and there is not a reasonable dispute between the parties, and the insured has complied with the terms and conditions of the policy of insurance, the Commissioner of Insurance may impose the following penalties to be paid by the insurer to the insured: . . . (2) If the claim is more than $100.00, the penalty shall be 8 percent annual interest on the amount of benefits due, computed from the latest of the time a valid and complete claim is received, the reasonable dispute was resolved, or the insured complied with the terms and conditions of the policy, until the time the benefits due are paid by the insurer.

45.     On April 27, 2021, State Farm acknowledged its failure to make a decision and/or pay benefits due to Plaintiff under the Policy within sixty (60) days after a valid and complete claim had been received.

46.     On April 27, 2021, State Farm issued payment to Plaintiff for interest in the amount of $7,674.06 for its failure to make a decision and/or pay benefits due to Plaintiff under the Policy

within sixty (60) days after a valid and complete claim had been received pursuant to Colorado Division of Insurance Regulation 702-5:5-1-14(4).

47.     State Farm reassigned the Claim to Susan Anson-Briggs of Eberl Claims Service to handle the Claim.

48.     Within two weeks of receiving notice that the Claim had been reassigned to Susan Anson-Briggs, State Farm reassigned the Claim to Wendy Schmitt of Eberl Claims Service to handle the Claim.

49.     On May 28, 2021, Plaintiff detailed to State Farm the myriad of errors contained in the First State Farm Estimate and requested that the First State Farm Estimate be corrected to reflect the actual construction details of the Property. The list of errors included, but were not limited to, incorrect measurements, incorrect pricing, and materials that were not of like kind and quality.

50.     On May 28, 2021, Plaintiff provided State Farm with an executed contract and rebuild estimate in the amount of $2,245,590.

51.     Upon reasonable suspicion and belief, State Farm management acknowledged in writing to the Colorado Division of Insurance and the insured that while the policy language provides that the Ordinance or Law Coverage and ID coverage is paid as incurred, as a business practice with a total loss, both coverages are paid upon receipt and review of the rebuild contract.

52.     Based upon its investigation, information supplied throughout the Claim by Plaintiff, and receipt of an executed rebuild contract in the amount of $2,245,590, State Farm knew, or should have known, that additional coverage benefits for the Property were due and owing on or before May 28, 2021.

53.     On or before May 28, 2021, State Farm knew or should have known that, based on its own established business practices, Increased Dwelling coverage was due and owing.

54.     On or before May 28, 2021, State Farm knew or should have known that, based on its own established business practices, Ordinance or Law coverage was due and owing.

55.     State Farm's failure to timely release remaining applicable coverage given that the cost of rebuild would exceed Plaintiff's available coverage under the Policy resulted in a delay of covered benefits to Plaintiff without a reasonable basis.

56.     On June 2, 2021, State Farm issued payment for remaining Coverage A Dwelling policy limits in the amount of $80,041.35.

57.     On June 8, 2021, Plaintiff submitted his initial personal property inventory in the amount of $696,017.67. *See* **Exhibit B**.

58.     Plaintiff's initial personal property inventory far exceeded the Coverage B policy limits, totaling $696,017.67.

59.     On or before June 8, 2021, State Farm knew, or should have known, that additional Coverage B benefits were due and owing.

60.     On June 14, 2021, Plaintiff again provided State Farm with his executed rebuild contract and rebuild estimate in the amount of $2,245,590.

61.     On June 29, 2021, Plaintiff provided State Farm with an invoice for cleanup and removal of debris from the Fire totaling $55,000.

62.     On July 16, 2021, State Farm provided Plaintiff with its draft Coverage B payment tracker worksheet.

63.     On July 16, 2021, Plaintiff notified State Farm of multiple errors made in its adjustment of Plaintiff's personal property loss, such as improperly depreciating line items including art and firewood, among others.

64.     On July 24, 2021, Plaintiff received correspondence from State Farm stating as follows:

> "*We were wondering if we could have another copy of the Personal Property List for this claim.*"

65.     On July 24, 2021, Plaintiff submitted an updated personal property inventory in response to State Farm's request in the amount of $707,763.96. Again, Plaintiff's updated personal property inventory greatly exceeded the Policy's Coverage B limits. *See* **Exhibit C**.

66.     On August 30, 2021, State Farm notified Plaintiff that additional information was needed in adjusting the personal property portion of the Claim. State Farm refused to issue any undisputed payment, despite allegedly needing additional information for only approximately 70 of 632-line items.

67.     On September 14, 2021, Plaintiff promptly provided responsive information to State Farm's August 30, 2021 request and addressed each of the issues raised therein.

68.     On September 30, 2021, State Farm issued payment to Plaintiff for Coverage A Debris removal and supplemental items in the amount of $96,666.26.

69.     State Farm's failure to timely release remaining applicable coverage given that the cost of rebuild exceeded Plaintiff's available coverages under the Policy resulted in a delay of covered payments to Plaintiff without a reasonable basis.

70.     On September 30, 2021, nearly four months after Plaintiff submitted his personal property inventory, State Farm issued payment under Coverage B in the amount of $104,242.14.

71.     On October 4, 2021, almost one year after the Loss and six months after submitting its initial estimate, State Farm provided Plaintiff with a revised estimate of the scope and cost to rebuild the Property ("Second State Farm Estimate").

72.     The Second State Farm Estimate provided a replacement cost value for Coverage A Dwelling in the amount of $691,607.68.

73.     The Second State Farm Estimate reflected less than half the actual cost to rebuild the Property.

74.     On October 21, 2021, almost five months after receiving Plaintiff's rebuild contract, State Farm issued payment under Ordinance or Law Coverage and Coverage A Increased Dwelling in the amount of $50,772.67.

75.     On November 10, 2021, State Farm again requested additional information for *six* line items relating to Plaintiff's personal property inventory. Despite only requesting additional information for *six* line items, State Farm refused to pay any additional undisputed payment under Coverage B.

76.     State Farm reassigned the Claim to Grant Holland, a Claims Specialist, to handle the Claim.

77.     On November 29, 2021, State Farm issued payment under Coverage B in the amount of $188,920.94.

78.     On December 3, 2021, seven months after Plaintiff submitted his personal property inventory, State Farm issued payment under Coverage B for remaining policy limits in the amount of $91,009.53.

79.     State Farm's failure to conduct a timely evaluation of Coverage B led to the delay of covered benefits to Plaintiff without a reasonable basis. More specifically, after this final Coverage B payment, State Farm's representative, Grant Holland, notified Plaintiff that he would recommend that State Farm pay penalty interest for the delayed Coverage B payments.

80.     On or about December 14, 2021, Grant Holland notified Plaintiff that he was in possession of all required documentation for extension of Plaintiff's lease to maintain a normal standard of living. Mr. Holland indicated that he had submitted the documentation on November 29, 2021, and approval for the extension would be resolved within two weeks.

81.     On January 10, 2021, Grant Holland advised Plaintiff that he was still waiting on approval from his supervisor to issue payment for Plaintiff's lease extension to maintain a normal standard of living, and that a decision would be made on January 11, 2021. Mr. Holland advised Plaintiff that the basis for the delay was likely attributable to his recommendation that State Farm pay an interest penalty on the delayed Coverage B payments.

82.     On January 11, 2021, Grant Holland notified Plaintiff that the documentation required for extension of Plaintiff's lease to maintain a normal standard of living was submitted *on that same day*, despite his prior representations that those documents were previously submitted for review.

83.     State Farm's misrepresentation and failure to promptly submit documentation for approval of extension of the housing lease to allow Plaintiff to maintain a normal standard of living led to an unreasonable delay in the processing of the Claim and payment of covered insurance benefits to Plaintiff.

84.     On February 15, 2022, State farm issued payment in the amount of $665.18 under Dwelling Extension Debris Removal.

85.     On February 15, 2022, State Farm advised Plaintiff via letter that in its review, "it was noted that Option ID Dwelling Extension Debris coverage had not been applied to the settlement", which provided the basis for the payment.

86.     State Farm's correspondence failed to advise Plaintiff as to why the payment of $665.18 was improperly delayed or whether it intended to pay penalty interest on the late payment.

87.     State Farm's unreasonable delay caused an avoidable harm to Plaintiff. As a direct result of State Farm's delay, Plaintiff has been forced to incur additional costs and expenses associated with the reconstruction of the Property.

88.     To date, State Farm has notably failed to issue payment pursuant to Colorado Division of Insurance Regulation 702-5:5-1-14(4) for failure to timely issue payment under Coverage B, despite taking over seven months from the date Plaintiff submitted his personal property inventory to resolve the Coverage B portion of the Claim and its own representative acknowledging that penalty interest was appropriate.

89.     State Farm's failure to timely release applicable coverages given that the cost of rebuild would exceed Plaintiff's available coverage under the Policy resulted in a delay in payment of covered benefits to Plaintiff without a reasonable basis.

90.     State Farm's failure to promptly pay under the Policy resulted in a delay of covered benefits to Plaintiff without a reasonable basis.

91.     Plaintiff has complied with all conditions precedent to filing these actions and/or State Farm has waived such conditions.

## FIRST CLAIM FOR RELIEF
### (Unreasonable Delay and Denial of Payment of Covered Benefits
### Pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116)

92.     Plaintiff realleges and reaffirms paragraphs 1-91 as if fully set forth herein.

93.     Under Colorado Revised Statute § 10-3-1115, an insurer who delays or denies payment to an insured without a reasonable basis for its delay or denial is in breach of the duty of good faith and fair dealing.

94.     Under Colorado Revised Statute § 10-3-1115, an insurer's delay or denial is unreasonable if the insurer delayed or denied authorizing payment of a covered benefit without a reasonable basis for that action.

95.     Plaintiff is a first-party claimant within the meaning of Colorado Revised Statute § 10-3-1115.

96.     State Farm is an insurer within the meaning of Colorado Revised Statute § 10-3-1115.

97.     State Farm delayed and denied payment of covered benefits to Plaintiff as alleged in the preceding paragraphs of the Complaint without a reasonable basis for its actions.

98.     As more fully alleged in the paragraphs above, State Farm failed to conduct a timely and thorough evaluation of the Claim. State Farm's failure to provide an estimate of repairs reflecting the market conditions of Grand County led to an unreasonable delay of covered insurance benefits to Plaintiff. State Farm knew, or should have known, that dwelling coverage limits were due and owing following its initial inspection of the Property. State Farm's failure to promptly release dwelling coverage limits led to an unreasonable delay of covered insurance benefits to Plaintiff.

99.     As more fully alleged in the paragraphs above, State Farm's failure to timely issue additional payment for personal property contents until September 30, 2021, resulted in an unreasonable delay of covered benefits to Plaintiff without a reasonable basis. State Farm knew, or should have known, that additional personal property coverage was due and owing following its initial inspection of the Property and Plaintiff's submission of his initial personal property inventory on June 8, 2021. State Farm's failure to resolve Plaintiff's Coverage B Claim until December 3, 2021, resulted in a delay of covered benefits to Plaintiff without a reasonable basis.

100.    As more fully alleged in the paragraphs above, State Farm's unreasonable delay in the payment of covered benefits to Plaintiff was confirmed through its issuance of additional monies for interest as a result of violating Colorado Division of Insurance Regulation 702-5:5-1-14(4).

101.    Measured against objective insurance industry standards for claim handling and payment, State Farm's actions have unreasonably delayed payment of the Loss and damage.

102.    Measured against Colorado Regulation 702-5-1-14, State Farm's actions have unreasonably delayed payment of the Loss and damage.

103.    Based upon the foregoing paragraphs, Plaintiff is therefore entitled to two times the covered benefit that have been delayed and denied to him, attorneys' fees, and costs pursuant to C.R.S. § 10-3-1116, together with interest at the highest rate allowed by law.

## SECOND CLAIM FOR RELIEF
### (Common Law Bad Faith)

104.    Plaintiff realleges and reaffirms paragraphs 1-103 as if fully set forth herein.

105.    State Farm owed duties arising from the Policy's implied covenants of good faith and fair dealing, under which State Farm covenanted that it would, in good faith and in the exercise

of fair dealing, deal with Plaintiff fairly and honestly, faithfully perform its duty of representation, and do nothing to impair, interfere with, hinder, or potentially injure Plaintiff's rights to receive the benefits provided by the Policy.

106.    An insurer breaches its duty of good faith and fair dealing when it engages in unfair claim settlement practices, denying and delaying due payment of available benefits under the Policy.

107.    At all times, Plaintiff fulfilled his obligations under the Policy and acted in accordance with his duty of good faith and fair dealing.

108.    State Farm breached its covenant of good faith and fair dealing that it owes to Plaintiff by engaging in a pattern of conduct designed to deprive Plaintiff of his rights and benefits under the Policy.

109.    As described in more detail above, State Farm and its agents either knowingly, or with reckless disregard to their actions, underestimated the Claim in an effort to drive down the amount of covered benefits payable to Plaintiff.

110.    As described in more detail above, State Farm strung out the Claim and low-balled the actual cost to repair Fire damage to the Property. State Farm's initial evaluation was grossly insufficient given the market conditions of Grand County. State Farm failed to conduct a timely or objectively reasonable investigation.

111.    As demonstrated by the paragraphs above, State Farm has failed to adopt and implement reasonable standards for the prompt investigation of claims arising under its insurance policies. While liability for coverage was reasonably clear, State Farm did not attempt in good faith to effectuate a prompt, fair, and equitable resolution of the Claim.

112.    State Farm knew or should have known that its decision to delay payment of available policy benefits to indemnify the loss and damage would cause Plaintiff financial distress and pecuniary loss.

113.    State Farm's conduct has resulted in an avoidable harm to Plaintiff.

114.    It is apparent from State Farm's conduct in the handling of Plaintiff's Claim that State Farm has adopted a plan or approach to delay, as much as possible, its handling and payment of the Claim.

115.    State Farm has committed such actions willfully and with such frequency as to indicate a general business practice.

116.    Plaintiff has suffered, and continues to suffer actual damages, due to State Farm's breach of its covenant of good faith and fair dealing.

117.    As a direct and proximate result of State Farm's actions, Plaintiff has:

(a)    Incurred and will incur in the future increased costs to repair, restore and/or replace the significant property damage;
(b)    Suffered and will continue to suffer damages as a foreseeable and proximate result of the misconduct alleged; and
(c)    Suffered and will continue to suffer other expenses, including attorneys' fees, investigatory fees, and other losses.

## DEMAND FOR JURY TRIAL

118.    Plaintiff demands trial by jury with respect to all claims and issues triable to a jury.

## REQUEST FOR RELIEF

119.    Plaintiff respectfully requests that this Court enter judgment in his favor and against State Farm as follows:

(a)    For statutory damages and penalties pursuant to C.R.S. §§ 10-3-1115, 1116;

(b)    For all costs, expenses, and attorney fees incurred by Plaintiff as allowed by

any statute, court rule, or contract;

(c)    For damages caused by the bad faith breach of insurance contract by State

Farm;

(d)    For pre-judgment and post-judgment interest as permitted by statute or court

rule; and

(e)    For such other relief as the Court may deem just and proper.

Dated: May 4, 2022                          Respectfully submitted,

_s/Natascha O'Flaherty_
Natascha O'Flaherty, #22183
Never Summer Law, LLC
70 E Agate Ave, Unit H
PO Box 321
Granby, Colorado 80446
Telephone: 970.557.3755
E-Mail: natascha@neversummerlaw.com
*Attorney for Plaintiff*



# GRAND COUNTY BUILDERS ASSOCIATION
www.grandcountybuildersassoc.com

P.O. Box 185, Granby, Colorado 80446

DATE FILED: May 4, 2022 4:42 PM
FILING ID: 8EB129A2A97E3
CASE NUMBER: 2022CV30034

February 19, 2021

Insurance Industry and Affiliates

Re: Grand County residential construction costs

To whom it may concern,

As a result of the tragic East Troublesome Fire that took place in October of 2020 and in response to various inquiries about current, new home construction costs in Grand County, we can offer the following information:

- Numerous factors influence costs:
  - Construction techniques and complexity related to our extreme climate.  Grand County is one of only a handful of regions outside of Alaska that are classified as Climate Zone 7 by the US Department of Energy.
  - Property specifics (soils type, topography, vegetation, access to and availability of utilities, etc.)
  - Design details (size, complexity/simplicity, construction style, etc.)
  - Systems options (mechanical & electrical systems, heating system types, site utilities, etc.)
  - Exterior finishes (siding types, roofing types, window packages, decks, patios, landscaping, etc.)
  - Interior finishes (flooring, wall coverings, appliances, plumbing fixtures, light fixtures, etc.)
- Material supply chains have been disrupted by COVID, impacting pricing and availability.
- Various commodity costs, particularly lumber, are at an all-time high.
- All aspects of the industry were already facing unprecedented demands and experiencing extended backlogs.

Realize there is no magic square footage price to use for establishing the cost of a project.  It requires detailed quantity takeoffs, accurate estimates and a well-defined scope of work to determine the actual cost.  With all of this in mind, we would share an estimated price range for turnkey, ground-up construction based on total building area under roof for:

- Smaller, municipal lots with provided utility services = $325/sf to $375/sf
- Larger, rural lots = $350/sf to $400/sf

Understand the turnkey costs would not include demolition and debris removal associated with homes destroyed in the fire.  While it may be possible to construct new homes for slightly less than the ranges noted, costs can definitely far exceed the upper ends of these ranges by an order of magnitude.  Costs of $600/sf to $800/sf are being surpassed with the construction of numerous, luxury homes throughout the County.  It is also important to note that the costs referenced above reflect actual construction costs as confirmed by multiple, local builders prior to the East Troublesome Fire.

As an organization that represents the professional builders, trade partners and industry associates in Grand County, we understand the challenges that will be facing our community in the months and years ahead as we work through the rebuilding process from the terrible devastation caused by the East Troublesome fire.  In a market that is already struggling to keep up with an excessive demand, it is unfortunately likely that construction costs will continue to rise in the foreseeable future.

Respectfully,

**Grand County Builders Association 2021 Board of Directors**

**EXHIBIT A**

Jun 2, 2021

### ' THE CABIN'
6853 County Road 41
Granby, Colorado 80446
Owner  -  Dan Love

DATE FILED: May 4, 2022 4:42 PM
FILING ID: 8EB129A2A97E3
CASE NUMBER: 2022CV30034

## CONTENTS

| | | Age | Condition |
|---|---|---|---|
| **RESIDENCE** | | | |
| GUEST BEDROOM | | | |
| | | | like new |
| | | | (only used |
| | | | for seldom |
| | BED: wrought iron frame, mattress, linens, 2 down pillows, 2 foam pillows, electric blanket | 2 | guests) |
| * | CHEST OF DRAWERS, antique (MBD), solid wood, painted | | * AFHI |
| * | Antique BUREAU, (MBD), mahogany, carved handles, | | *AFHI |
| | | | above |
| | | | average |
| | | | (only used |
| | | | for seldom |
| | CONTENTS: 4 sets of designer  Ralph Lauren sheets, $300/ea; | 2 | guests) |
| * | Antique satin evening purse; vintage evening gloves | | * AFHI |
| * | Antique SIDE CHAIR with needlepoint & carvings (MBD) | | * AFHI |
| | round pressboard TABLE with custom cover | 8 | above average |
| * | Antique ROCKER (wicker and solid wood), custom upholstered cushion | | * AFHI |
| | throw pillow (on rocker) | 3 | like new |
| * | vintage teddy bear | | * AFHI |
| * | Edison wax recording | | *AFHI |
| * | antique walnut NIGHT STAND w/ shelf | | * AFHI |
| * | Antique RADIO, cathedral style | | * AFHI |
| | Aladin Oil LAMP, painted glass shade, electrified | 8 | like new |
| * | Original Oil landscape PAINTING, approx. 2' x 3', framed (J.A.L.) | | * AFHI |
| | 2 custom boudoir pillows - Ralph Lauren | 5 | like new |
| | 3 AREA RUGS, 8x10 $ 225,  2x4 $55 x 2 | 10 | above average |
| * | Wooden folding SUITCASE STAND, custom, Antique | | * AFHI |
| | Rick Preston color photo, Still Life,  10" x  18" | Saved | |
| | "DUTCH GIRL", painting | Saved | |
| | Silver: hand mirror; engraved box (LW) and brush, (MBD) | saved | |
| | Hand QUILT, (JBD) | saved | |
| | Bed Spread | saved | |
| | 2 Vintage leather SUITCASES  (JWD, initialed) | saved | |
| | 2 sets of curtains, tie-backs, rings (RESTORATION HD) | 12 | like new |

* antique, family, heirloom, irreplacable (AFHI)

**EXHIBIT B**

Jun 2, 2021

| | | |
|---|---|---|
| Brass LAMP (on chest of drawers) | 10 | above average |
| STIFFEL LAMP; shade | 47 | above average |
| 4 hardback books | 0 | new |
| GE table clock | 10 | above average |
| | **TOTAL** | |

## GUEST CLOSET

| | | |
|---|---|---|
| 2 queen quilts (@ $260/ea (Pottery Barn), 2 blankets @ $85/ea, | ~5 | like new |
| 2 custom sham/pillows @$130 ea. - Ralph Lauren | 8 | like new |
| * Twin folding bed, Antique | * | AFHI |
| * Singer Sewing machine, vintage, portable, w/ carry box | * | AFHI |
| Eureka Vaccum, (cannister)  w/ attachments | 6 | Above Averag |
| * 2 Stetson Hat (MBD and JAL) | * | AFHI |
| Beaver Top Hat (CWD) | saved | |
| Cane with gold handle (CWD) | saved | |
| temperpedic pillow | 2 | like new |
| clothing: Columbia men's snowpants, Columbia women's snowpants, Lowa | | |
| men's hiking boots, men's Maui Jim polarized sunglasses | 2 | like new |
| ironing board and pad/cover (full size) | 3 | like new |
| black and decker  steam iron | 3 | like new |
| | **TOTAL** | |

## GUEST BATH

| | | |
|---|---|---|
| * Antique wall MIRROR | *AFHI | |
| 2 TOWEL SETS (Ralph Lauren Egyptian cotton) | 2 | like new |
| * Cast Iron Claw Foot tub and plumbing for shower | * | AFHI |
| 360 curtain rod and two layer shower curtains, lace | 5 | Above Averag |
| stainless bath caddy  - hang over side of tub | 5 | Mint |
| cabinet with glass doors | 15 | Mint |
| toiletries (artisan soaps, neutrogena sunscreen, lotions, etc) | 0 to 3 | like new |
| trash basket | 5 | Average |
| bath mat/rug | 2 | Above Averag |
| glass, toothbrush stand | 2 | Above Averag |
| 2 still-life color PHOTOGRAPHS (matted & framed) | saved | |
| | **TOTAL** saved | |

## HALL, STAIRWELL LANDING

| | |
|---|---|
| * Burro SADDLE (wood) | * AFHI |
| * 5 Antique HORSE BITS | * AFHI |
| * silver in-laid SPURS | * AFHI |
| * Antique 5 gal MILK CAN | * AFHI |
| * Antique 2 gal COFFEE CAN | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| * | Mesa Verde PHOTOGRAPH (Long House) matted & framed | 5 * AFHI |
| | Antique NAVAJO RUG (3' X 5') | saved |
| | Collection of FAMILY PHOTOGRAPHS, framed | saved |
| | **TOTAL** | |

## MASTER BEDROOM

| | | |
|---|---|---|
| | Window bench custom seat cushion | 15 Above average |
| | Window bench storage: 3 down pillows @$239 ea | 7 like new |
| | Blankets | 5 like new |
| | 3 pair of PB CURTAINS, rings,curtains, tie backs | 12 like new |
| * | FLOOR LAMP, antique brass with leather shade | * AFHI |
| * | Bedside TABLE/ Night Stand, antique, walnut | * AFHI |
| | iron lamp with cloth shade | 7 like new |
| | GE alarm clock | 7 average |
| * | SIDE CHAIR, needlepoint seat, antique | * AFHI |
| * | 4 drawer CHEST, oak, antique | * AFHI |
| | chest contents: Ralph Lauren: t-shirts, polos, camisoles, 3 jeans, courderoys, wool sweaters, underwear, smartwool socks, etc | 3 Above average |
| | basket with approx. $35 in loose change, silver dollars | 1 average |
| | Aladin LAMP, brass, electrified | 8 like new |
| | raised Dog bed & custom cushion  (base: material & labor) | 3 Above average |
| | Wicker Chair with 2 leather pillows | 7 like new |
| | crocheted throw blanket | 2 like new |
| | UPHOLSTERED CHAIR  (American) | 7 like new |
| | embriodered throw pillow with down | 2 like new |
| * | HIGH BOY CHEST and beveled mirror, antique,1/4 sawn oak | 5 * AFHI |
| | contents:  eye glasses, watches, supplies, batteries, 4 benchmade pocket knives | 3 Above average |
| | chest contents: clothes: LLBean, Eddie Bauer:  t-shirts, polos, long sleeve, courderoys, jeans, underwear, smartwool socks, cotton socks, hankerchiefs | 3 Above average |
| | CLOSET #1, contents: 2pr Soloman hiking boots, 3 pr Columbia hiking sneakers, Ralph Lauren: ski pants & Jackets, 5 sweaters, robe, slippers, laundry basket | 5 Above average |
| | CLOSET #2, contents: (Dan's) clothes, shoes, robe, shirts - two LLBean flanel, 3 long sleeve button pull overs, slippers, dress slacks, 3 pair pants casual, CPSUPL, Breton red,  loafers, tevas, 36 rolls of toilet paper, | 0-3    Above average |
| | cowboy boots, 3 belts  (Dan's) | 4 like new |
| * | solid BRASS BED,full, antique | * AFHI |
| | feather shams, w down pillows ($80, $510) - Ralph Lauren | 2 like new |
| | electric blanket (Queen, dual controls Eddie Bauer), custom linen dust ruffle ($220,$400) | 4 like new |
| | Gas STOVE/ Vermont Castings, "intrepid/Stardance" | 10 mint |
| | programmable stove pipe thermostat | 10 like new |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

|   | Down Dog Bed with personalized cover, (under bed) - cuddledown | 8 | mint |
|---|---|---|---|
| * | Vintage Navajo rug  4 1/2' x7' | | * AFHI |
|   | folding SUITCASE STAND | 10 | Above averag |
|   | Workout EQUIPMENT: sm barbells, mat, foam rollers | 5 | like new |
|   | custom Jacuard coverlet | saved | |
|   | 1920s Navajo rug  (G.S.D.) | saved | |
|   | pair Vintage PHOTOGRAPHS (Dan's great grandparents) | saved | |
|   | Vintage PHOTOGRAPH,  "Telluride", framed | saved | |
| * | Gordon & DL matted and framed photo | 7 | * AFHI |
| * | "littlest wiseman" Christmas Celebration - JAL signed copy | | * AFHI |
| * | grandparent custom matted and framed photo | 8 | * AFHI |
|   | | **TOTAL** | |

**MASTER BATH**

|   |   |   |   |
|---|---|---|---|
| * | Antique DRESSER/SINK STAND | | * AFHI |
|   | razor, water pick, cosmetics/make-up (various brands), medications, 2 Conair hair dryers, curling iron, tweezers, clippers, scissors, files, brushes, cotton balls, qtips, makeup pads, (Aveda) shower body wash, shampoo, conditioner, loofah, pumice, nail brush | 0-3 | Above Averag |
| * | Antique SILVER TRAY, (ADL)  supplies | | * AFHI |
| * | Antique beveled glass MIRROR (oval) | | * AFHI |
|   | Wicker BASKETS | 5 | Like new |
|   | LITHOGRAPH, (Cowboy boots) framed | saved | |
|   | first aid (wraps, braces, band-aids, cold medicine, etc.) | 1 | New |
|   | 4 Sets towels (Rest. Hdw. - Egyptian) | 3 | Like new |
|   | trash basket | 5 | Above Averag |
|   | bath mat rug | 3 | Above Averag |
|   | | **TOTAL** | |

**DEN**

|   |   |   |   |
|---|---|---|---|
| * | Naugahide arm CHAIR  (JAL, gift to from Gov. Ronald Regan) | | * AFHI |
|   | (Potery Barn) THROW BLANKET & PILLOW, faux fur | 10 | Like new |
| * | TREAD DRAWER  chest(SIDE TABLE), antique | | * AFHI |
| * | HANDLAND D&RG Railroad Switch Light (oil), antique | | * AFHI |
|   | 6 - assortment of Wildlife Books  (6 @ $25) | 5 to 10 | mint |
| * | 1950's national geographic mag's 14 @ $40 | | *AFHI |
| * | Historic rail section book ends D&S, engraved | | *AFHI |
|   | Tony Hillerman Hardback books 7@ $20 | five | Above averag |
|   | contents: TV/Sound System remotes, cards, coasters, etc | 5 | average |
| * | DEPOT DOLLY (COFFEE TABLE), restored antique, c1920 | | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| * | Adlake Brakeman oil LANTERN,  D&RG,antique | | * AFHI |
| * | antique TRUNK/CHEST with wroght iron stand | | * AFHI |
| * | antique steam locomotive OIL CAN | saved | |
| * | antique TOY locomotive | saved | |
| * | D&RG conductor's summer CAP with badge | | * AFHI |
| | Assorted collection of rail spikes ): D&G Silverton Rail Section, original; switch | | |
| * | Lock & Key | | * AFHI |
| * | Brass free-standing LAMP, 1920s, antique | | * AFHI |
| | ON WALLS | | |
| | railroad  MAIL BAG, antique | saved | |
| | 3 William Henry Jackson PHOTOGRAPHS, railroad themes | saved | |
| | Barbara Van Cleve PHOTOGRAPH, "Ghost Horses" 39x25 | saved | |
| * | "PLATFORM NO 4", vintage railroad depot sign,  8' x 1.5' | | * AFHI |
| | LEATHER COUCH, (new) Rest. Hardware | | 2 new |
| | Herringbone wool covered SIDE CHAIR & OTTOMAN | | 8 Above average |
| | Navajo blanket | saved | average |
| | SISSEL RUG | | 8 average |
| | 2 leather & coyote fur pillows, 3 Deer Skin pillows | saved | |
| | 2 Navajo rug pillows (including 1 from MB), ea $310 | | 10 mint |
| | Window Seat CUSHION, custom linen | | 6 Above average |
| | CONTENTS: 2 down pillows (ea $239), 2 custom wool blankets | | 4 Above average |
| | Curtains + rings, tie-backs | | 10 Like new |
| * | #94 Bell Provenance & photo (see bell on front porch) | | * AFHI |
| | wrought Iron Desk LAMP | | 13 mint |
| | ENTERTAINMENT CENTER' | | |
| | TELEVISION,  55" LGT  with surround sound (Oled) | | 1 new |
| | RECIEVER (Denon) | | 3 Like new |
| | DVD  (Sony) | | 3 Like new |
| | VHS (Hitachi), tape player | | 20 Above average |
| | 5 speakers (B&W) + woffer | | 5 Like new |
| | Apple TV | | 1 new |
| | Sonos wireless streaming amplifier | | 1 new |
| | wiring & cabling, HDMI, Hi-Fidelity connections | | 1 Like new |
| | Union Pacific Dining Car TEA SERVICE (unique antique):     w/menu, | | |
| * | cards,provenance letter from UP to Gov Love | | *AFHI |
| | bushnell BINOCULARS, 2 pr | | 8 Like new |
| * | antique Army Bugle, WWI Round Water Canteen | | * AFHI |
| * | 2 Miners lamps (oil); antique; Hand School Bell | | * AFHI |
| | CLOSET:  3 Blankets; wall sconce; back massage pad | | 5 Like new |
| | BOOK SHELVES/CABINET: | | |
| | .    BOOKS | | 5 |
| | . Colorado History, trips, wildlife, passes, flower guides | | 5 mint |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| . Colorado topo maps, railroad history | 5 | Above average |
| . 'the CABIN' history | 5 | * AFHI |
| . assorted novels | 5 | Above average |
| . Photo matted framed (D&SL Train & Tressel on Rallings Pass) | 3 | mint |
| * . 3 small, antique PRECOLUMBIAN POTS | | * AFHI |
| . Games (Board, electronic) 15 @ 30 ea | 8 | average |
| . VHS Tapes; DVD Movies; Great Courses (15 x $40ea) | 4 | Above average |
| . WiFi Router ASUS | 1 | new |
| * custom framed & matted photo (ADL) at entry | | * AFHI |
| * Antique Desk chair - leather seat, wood | | * AFHI |

**TOTAL**

LIVING/DINING ROOM

| | | |
|---|---|---|
| 2 Mexican EQUIPALE CHAIRS (high back with arms) | 10 | above average |
| * French 17th c. COFFER (large chest) | | * AFHI |
| * ALADDIN OIL LAMP classic | 25 | * AFHI |
| 'Daniels' BABY PHOTO ALBUM | saved | |
| * Pr Women's high lace boots, vintage | | * AFHI |
| * Daniels' Store SIGN, carved, gold leaf | saved | |
| TUCKER SMITH PRINT | saved | |
| * Dulcimer, custom DL | | * AFHI |
| * Antique DRESSER, oak, antique (used as side-board) | | * AFHI |
| CONTENTS: Linens (napkins, tablecloths, placemats, napkin rings, placecard holders, table decorations | 3 | above average |
| silverware | 5 | like new |
| * . Carving knife set: horn, silver, 3 piece, antique (CWD) | | * AFHI |
| * . Original FRONTIER 8 piece place setting, stainless | | * AFHI |
| . 19th Beaded Ute leather moccasins | saved | |
| * . 3 Costa Rican PreColumbian (1,000-1,500 AD) CLAY POTS | | * AFHI |
| TOMAHAWK (Bent's Old Fort reproduction) | 20 | above average |
| * Wrought Iron antique CANDLE HOLDER | | * AFHI |
| 2 Tall floor INFINITY SPEAKERS | 3 | like new |
| 4 (2 pair) ceiling INFINITY SPEAKERS | 3 | like new |
| * 2 glass OIL LAMPS | | * AFHI |
| * Antique SALT & PEPPER SHAKERS (wood) | | * AFHI |
| * sterling silver salt and pepper shakers with tray - heirloom | | * AFHI |
| * Antique Hollow-trunk BASKET | | * AFHI |
| CHARLES PARTRIDGE ADAMS, 'ASPEN GROVE', o/c, signed | saved | |
| * Pendulum Reglulater wall CLOCK, oak, chimed, 3-day | | * AFHI |
| 16 Assorted Antlers (moose, elk, deer antelope) | 5 | above average |
| * 2 Eastlake SIDECHAIRS, carved, rattan | | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| * | Eastlake SIDE TABLE, carved mahogany, pink marble top, | * AFHI |
| | DINING TABLE, w/ leaves, in-laid slate trevits, custom | 4 like new |
| * | 4 antique pressed-wood back CHAIRS | * AFHI |
| | NAVAJO RUG | saved |
| | KARASTAN RUG,  9' X 12', w/ pad | 15 above average |
| * | Antique, custom, free standing wrought iron LAMP, custom shade | * AFHI |
| * | Antique Brass SPITOON | * AFHI |
| | Vermont Castings FIRE TOOLS and steamer pot | 8 like new |
| | Vermont Castings 'Defiant' GAS STOVE w/shelves | 4 like new |
| | Ralph Lauren leather ARM CHAIR | 8 above average |
| | FOOT STOOL, cowhide, custom | 6 above average |
| * | Glass Top vatrine SIDE TABLE, antique,  w/ found objects | * AFHI |
| * | MISSION STYLE ROCKING CHAIR, antique, leather seat | * AFHI |
| | Leather COUCH, 3 cushion,  Rest. Hardware | 8 above average |
| | 2 custom cow-hide pillows | saved |
| | COUCH TABLE , custom | 10 mint |
| | C.E. Dallin, 'INDIAN ON HORSE', bronze, #42 | saved |
| | PETRIFIED ROCK, polished sample | saved |
| | " MOUNTAIN LION", bronze, stone | saved |
| | Sextant | 4 mint |
| | Pot LAMP, electrified, w/ custom aspen bark shade | 12 above average |
| * | COFFEE TABLE (authentic hatch cover),, wood, iron, custom | 15 * AFHI |
| | 3  J Fielder, 'Colorado 1870-2000', #1&2vol; 'Ranches | 5 mint |
| | William Henry Jackson, Folio, ROCKY MOUNTAIN RAIL ROADS album | saved |
| | NEW MEXICAN CERAMIC POT | saved |
| * | Antique END TABLE ("FERN STAND), turned legs, | * AFHI |
| | wrought iron table LAMP | 11 mint |
| | Upholstered DAY BED, custom | 10 above average |
| | NAVAJO RUG | saved |
| | 3 leather pillows | saved |
| | Wrought Iron FLOOR LAMP & SHADE | 13 like new |
| | Wrought Iron CHANDELIER, custom | saved |
| | ladder | 13 average |
| | RR spikes (coat rack) | 13 average |
| | rustic wood Latitude/longitide sign | 2 new |
| | shoe/boot mat | 5 average |
| * | candle snuffer | * AFHI |
| | long matches/ wooden match holder | 5 average |
| | wine barrel (wood holder) | 10 average |
| | nylon wood carrier | 10 average |
| * | vintage snow shoes (wall hanging) | * AFHI |
| | outdoor thermometer | 2 above average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| wreath with bird nest | | 10 | above average |
| | **TOTAL** | | |

## LOFT

| | | | |
|---|---|---|---|
| 2 vintage NATIVE AMERICAN RUGS: 2' x 4'; 2' x 5' | | | saved |
| 2 BEDS (twin & full): mattresses, liners, pillows, blankets | | 15 | average |
| * DRESSER 4-drawer, solid wood, painted | | | * AFHI |
| * lamp (on dresser) porcelain/glass | | | * AFHI |
| kids stuffed animal, toys, games, books, puzzles, blocks | | 5 to 15 | average |
| lether toy box/foot stool with hinged lid | | 15 | average |
| trash can - metal | | 15 | average |
| CAMPING GEAR, Umbrella TENT | | 15 | above average |
| REI BACK PACK, TUMP LINE | | 20 | above average |
| 2 Down, rectangular, adult SLEEPING BAGS - REI | | 20 | above average |
| Nylon TENT PACK (4 man)   (REI) | | 20 | above average |
| 2 SLEEPING PADS - Coleman | | 15 | above average |
| carpet and pad for loft, wool  16x18 (32 yds.)@  $12/ft | | 10 | averge |
| | **TOTAL** | | |

## MECHANICAL ROOM

| | | | |
|---|---|---|---|
| Bosch CLOTHES 24" WASHER (tax & delivery) | | 16 | above average |
| 24" DRYER (ventless) | | 16 | above average |
| auto water leak cutoff | | 10 | above average |
| Gas FURNACE, Gas WATER HEATER, Electric Sub-panel | | | |
| (Covered as part of Structure) | | | |
| laundry detergent, dryer sheets, stain spray | | | new |
| | **TOTAL** | | |

## 3/4 BATHROOM

| | | | |
|---|---|---|---|
| Mexican Railroad PHOTO (repro.) matted & framed | | 5 | mint |
| 3 TOWEL SETS  (Pottery Barn: 2 tan 1 lt blue) | | 3 | like new |
| Norelco cordless RAZOR | | 12 | average |
| * Antique sink & brass fixtures & wall brackets | | 25 | * AFHI |
| Rejuvination LIGHT FIXTURES  (2 @$220 ea) | | 4 | above average |
| MISC. :  medicines, toiletries, plunger, mouse traps, cleaners, brushes | | 2 | new- average |
| * Brass RAILROAD LUGGAGE RACK | | | * AFHI |
| | **TOTAL** | | |

AUDIO CLOSET
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| * | LPs : 33 RPM   2160 records @$10 ea) | | * AFHI |
| * | Two-Track CASSETTE TAPES  (computed: 15 x 24" drawer, | | |
| | 5" wide = 115 tapes x $10ea) | | * AFHI |
| | CDs  (15 x 24" drawer@ 36/row x 4 = 144 @ $10 ea | eight - 20 | mint |
| | EQUALIZER (Sony) | 15 | above average |
| | RECEIVER (Yamaha) | 5 | like new |
| | AMPLIFIER  (Sony),  4 channel | 5 | like new |
| | CD PLAYER, 5 disc carasel (Sony) | 5 | like new |
| | RECORD PLAYER, multi speed, single play (Sony) | 5 | like new |
| | TAPE PLAYER, reversible automatic, (Yamaha) | 6 | above average |
| | cables, wires, Hi-Fidelity cables | 5 | like new |
| | tube LED cabinet lights | 2 | like new |
| * | cover for thermostat antique wrought iron | | * AFHI |
| | | **TOTAL** | |

## HALL CLOSET

| | | |
|---|---|---|
| 4 WINTER COAT: Columbia, REI, LL Bean (mtn. classic, work coats, ski jackets) | 5 | above average |
| 6 mid-weight JACKETS, PONCHOS @ 100 ea REI | 10 | like new |
| REI: 2 BACKPACKS ($250 ea), 2 FANNY PACKS ($60 ea);WALKING POLES | 10 | above average |
| 4 pr  SNOW BOOTS - Sorrell | 5 | above average |
| 3 pr WORK, HIKING BOOTS - Lowa, Redwing | 6 | average |
| 6 PR snowmobile GLOVES (@$100/pr) Klim | 3 | average |
| 10 snowmobile HELMETS (@$200/ea) - Bell | 9 | average |
| Snowmobile SUITS(4) , PANTS,  JACKETS  (3 mens, 1 womens) - SkiDoo | 7 | above average |
| 6 GOGGLES (@$100/ea) - Scott | 4 | above average |
| MISC. GEAR: Hats, Gaiters, Scarves, Water Bottles, Liners, buffs, face masks, face shields, socks, leg-warmers, suspenders | 5 | average |
| 2 motorola radios | 3 | like new |
| closet organizers: bins, hangers, hooks, shelf | 10 | above average |
| 6 pair rubber wader boots | 5 | above agerage |
| | **TOTAL** | |

## KITCHEN

| | | | |
|---|---|---|---|
| * | antique dining chair - leather seat & wood | | * AFHI |
| | 4 wood dining chairs with curved wood backs (two in dining, two in breakfast | | |
| * | area) | | * AFHI |
| | Bankette: custom seat cushion ($1,500), 5 custom Beacon   Bankette pillows ($250);  7 R.L. custom pillows ($543) | 10 | above average |
| * | Deer Antler CHANDELIER, custom | 20 | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| 5 reproduction 1880's Pole LAMPS (Rejuv.) $279/ea | 20 | above average |
| * Antique Crank PHONE (converted to dial; worked!) | * | AFHI |
| LG French two-door REFRIGERATOR, 30" | 1 | new |
| perishable food in fridge and freezer | | new |
| Panasonic MICROWAVE | 1 | new |
| Heartland Classic Style, model 4210, gas 4 burner, elect STOVE | 20 | above average |
| SMALL APPLIANCES: | | |
| *     Antique MIXER with bowls (Hamilton Beach) | * | AFHI |
|     FOOD PROCESSOR (Cuisinart) | 4 | like new |
|     TOASTER OVEN Black and Decker | 25 | average |
|     TOASTER - Artisan Cuisinart | 3 | like new |
|     BLENDER Cuisinart | 15 | average |
|     COFFEE MAKER (Nespresso/DeLongi & FROTHER (Nespresso) | 1 | new |
| * vintage 1960's coffee percolator electric Sunbeam | * | AFHI |
|         coffee capsules | 0 | new |
| COOKWARE:  (All-Clad, Calphalon, Le Creuset, antique cast iron) | 8 | above average |
|         5 qt.Dutch oven (Le Creuset), skillets, griddle, roaster pans,  double boilers, veg. steamer | 4 | like new |
| BAKING EQUIPMENT: Silpat, 2 pie plates, 3 rolling pin, cookie cutters, cookie sheets, cake pans & decorating kit -  Williams Sonoma | 8 | above average |
|  . 20 mixing bowls (glass, All Clad stainless steel), cake pans, pyrex  - various sizes, measuring cups, misc. other | 3 | above average |
| hand mixer (Cuisinart), | 3 | above average |
| kitchen torch, new butane refill ($15) | 4 | like new / new |
| 9 Wusthof KNIVES SET  & BLOCK  (details available) | 3 | mint |
| FLATWEAR (Oneida), 16 piece + serving; Paul Revere | 15 | above average |
| MANDOLIN  (OXO Chef's)  stainless | 6 | above average |
| * Set of 6 Crystal WINE GLASSES (family, 4th generation) | * | AFHI |
| DISHES: | | |
| | | |
|     DANSK, 'Blue Umber', 16 place settings: salad, bowls,mugs,  4 pasta bowls, 3 serving platters, 2 lg serving bowls, 3 sm serving bowls, creamer, sugar | | |
| * bowl,discontinued  (acquired only through REPLACEMENTS, $99-$139/ piece) | * | AFHI |
|         16 dinner plates | | saved |
|         Lidded casserole, 5 qt.blue mist | 3 | like new |
|     Wm SONOMA, "Snowman", 8 place settings | 3 | like new |
|         appetizer; 4 Crate & Barrel bowls | 2 | like new |
|     CRATE & BARREL, 'White Pearl', 8 place settings: dinner, salad, sm bowls, soup bowls, serving platter | 5 | like new |
|     Holiday platters, 3 carving boards, trays | 8 | like new |
| BREVILLE, espresso machine | 3 | like new |
| * Galvanized Cookie canister, antique | * | AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| | GLASSES | |
| * | Set of 6 Crystal WINE GLASSES | * AFHI |
| | DANSK, 12 Everyday DRINKING & | 10 above average |
| | 12 DOUBLE 'OLD FASHIONED' GLASSES. | 10 mint |
| | CRATE & BARREL, 'Impressions' 8 water glasses | 4 above average |
| * | 6 DOUBLE 'OLD FASHIONED' crystal, etched w/ individual animals | * AFHI |
| | 4 RED WINE GABLOONS (Crate & Barrel, 'Camille') | 6 mint |
| | REIDEL: 8 assorted WHITE WINE glasses | 2 mint |
| | 8 blue stem 'Sonoma' WINE GLASSES | 6 mint |
| * | 6 SHERRY GLASSES, Crystal, turned stem | * AFHI |
| * | Assorted Inherited family WINE GLASSES | * AFHI |
| | FOOD STUFF: (kitchen cupboards) spices, condiments, baking ingredients, canned/jar food, snacks, bread, potatoes, beans, etc. | consumable |
| | MISC. LINENS (kitchen dish towels, 3 table cloths, hot pads, cloth napkins) williams sonoma | 6 above average |
| | POTTERY BARN: 60" Round Kitchen TABLE,wood | 15 mint |
| * | PREP TABLE, 30" x 60", butcher block, turned legs, custom | * AFHI |
| | STEP LADDER/SEAT, maple | 15 average |
| | TRASH RECEPTICAL, stainless steel, (Bed, Bath & Beyond) | 3 above average |
| * | COOKBOOK COLLECTION (26 vol) | * AFHI |
| | .  'Homes and Gardens', Cook's Illustrated', Franey '60min' | |
| | | |
| | Prudhomme, 20 other hardback and paperback, printed recipe collection | |
| | 4 Wireless PHONE SET (3 phones, (Panasonic), vm | 2 like new |
| | Inside/outside TEMPERATURE GAUGE, (La Crosse) | 1 new |
| * | Historic WALTER'S BEER TRAY, BOTTLES, GLASSES | * AFHI |
| | Misc. TOOLS, UTINSELS, SPECIALTY IMPLEMENTS, STORAGE CONTAINERS (tupperware, rubbermaid, glass canning jars, etc). | 5 average |
| | FONDUE SETS (all-clad, mauviel copper) -used only 2-3 times | 5 like new |
| | LIQUOR CABINET: Supplies, Cocktail, Bottled Hard Liquers  5 @ $35 gal/qt,  21 @ $25 | 5 consumable |
| | ramakin set (8) | 5 like new |
| | MIRRO cook set: sauce pans, double boilers, stock | 15 like new |
| | 6 KLM  'Dutch House' LIQUOR SAMPLE BOTTLES, Collectable | saved |
| | large basket (on floor by table) | 8 above average |
| | space heater | 6 average |
| | refillable 2.5 gal water jugs (4) and water pitcher | 5 average |
| | drawer organizers, hooks, towel rods, bottle opener | 10 average |
| | 5 Ka Tom supply 3/4 thick cutting boards and rack | 5 average |
| | glass dry good "cannister" set (4) Crate and Barrel - Heritage Hill | 3 like new |
| | sink  - ceramic pottery sponge and brush holder +implements | 5 above average |
| | 20 dog toys, balls, leashes, bells and toy basket | 3 average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| aspen tree photo on metal | 4 | mint |
| dog food & treats - two bags (sashi) | 0 | consumable |
| ID prescription dog food - science diet (Sam) | 0 | new |
| | **TOTAL** | |

## PANTRY

| | | |
|---|---|---|
| * | Storage CABINET (antique, painted, solid wood with old style latches) & FOOD SUPPLIES | * AFHI |
| | 20" stainless steel mixing bowl | 15 | mint |
| | 3 Hummingbird Feeders | 5 | above average |
| | LIGHT CHANGER POLE + ATTACH., Floor MOP, BROOMS, | 3 | like new |
| | 18 weeks: REI freeze dried food meals | 9 month | new |
| | BONA wood MOP, Tile MOP + SPRAYS | 1 | like new |
| | KENMORE HEPA Cannister VACCUM ,w/ rug head | 5 | like new |
| | 14 pr ICE SKATES (mens, womens, assort sizes @$90/pr), | 10 | average |
| | FOOT LOCKER TRUNK, $140 | 15 | average |
| | WINE RACK & WINE (6 bottles @ $20/bot., 6 @ $60 ea., 6 @ $100 ea. ) | 1 | new |
| | 3 cases of wine (not in rack) California varietals red and white ($25 each - 12 bottles per case) plus shipping | 1 | new |
| | LIGHT BULB SUPPLIES: LED, clear, etc.  , 50@ $2 | 2 | new |
| | CLEANING SUPPLIES: cleaners, polishes, oils, equipment, | 2 | consumable |
| | SMALL APPLIANCES: | | |
| | BREAD MAKING MACHINE | 6 | like new |
| | RACLET GRILL & PANS | 8 | like new |
| * | vintage stove-top, cast iron WAFFLE MAKER | * AFHI |
| | 8 QT STOCK POT, stainless | 15 | like new |
| | Colonial CANDLES  (6 boxes @ $40/box) | 2 | new |
| | paper goods: plates, bowls, cups, plastic utensils, napkins, paper towels | 0 | new |
| | wax paper, parchment paper, tin foil, seran wrap, ziplock baggies (3 sizes), lunch bags | 0 | new |
| | **TOTAL** | |

## FRONT PORCH

| | | |
|---|---|---|
| | 2 CHAIRS w/ full pads, redwood (Robin's retro chair) | 15 | above average |
| * | 2 Redwood TABLES(round, oval), custom | * AFHI |
| | 3 stained BENCHES, custom (Home Depot: $142 ea., but would need 4 to add to approx. length) | 10 | above average |
| | wine barrel (water catcher) | 10 | average |
| | metal "our cabin" sign | 5 | above average |
| | door mat | 5 | average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| Wood SWING | 10 | average |
| * 2' ANCHOR LIGHT (electrified), galvanized, antique | * | AFHI |

**TOTAL**

BACK PORCH

| | | |
|---|---|---|
| FURNITURE SET, painted expanded metal, ornamental detail | | |
| 48" TABLE; 4 SIDE CHAIRS | 10 | above average |
| ROCKER; SIDE TABLE, 40" X 16";  2 SEAT SETTEE | 10 | above average |
| seat cushions for all | 10 | above average |
| 8' UMBRELLA | 3 | above average |
| STORAGE CHEST, 4' x 2' x 2', | 5 | average |
| DUCANE GAS (propane) GRILL , 3 burner (discontinued - equivalent to Weber Genesis 3 burner) | 5 | above average |
| GRILL TOOLS | 3 | above average |
| * Cast Iron  COOKWARE | * | AFHI |
| *    12", 10" SKILLETS + LIDS | * | AFHI |
| *    12" DUTCH OVEN | * | AFHI |
| *    24" x 12" GRIDDLE | * | AFHI |
| *     MUFFIN MAKER | * | AFHI |
| 2  20 gal PROPANE TANKS | 1 | consumable |
| GENERAC POWER JUNCTION BOX for PORTABLE GENERATOR wired to main service entry | 10 | above average |
| * personalized/custom "Gov Love" boot cleaner | * | AFHI |
| metal grate (back door area) | 7 | average |

**TOTAL**

## SUMMARY, RESIDENCE

. GUEST BEDROOM

**.** GUEST CLOSET

. GUEST BATH

. HALL, STAIRWELL LANDING

MASTER BEDROOM

. MASTER BATH

. DEN

. LIVING/DINING ROOM

. LOFT

. MECHANICAL ROOM

. 3/4 BATH

. AUDIO CLOSET

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

. HALL CLOSET
. KITCHEN
. PANTRY
. FRONT PORCH
. BACK PORCH

## RESIDENCE TOTAL

### PROPERTY
POND

| | | |
|---|---|---|
| HEAD GATE and SLUICE, custom (labor @$50/16 hours) | 20 | average |
| DOCK & 2 Adirondak CHAIRS | 9 | above average |
| * WOODEN OARS, 'Nutshell Pram' DINGY:  oars, paint  - with labor $50/40hours) | 9 | * AFHI |
| 4 log benches & supports (8 ft each) - at fire pit | 25 | average |

OUT HOUSE
* framed 1960 vintage POSTER, SUPPLIES (TP, Lime, storage box)        average
PROPANE
two 1,000 gal underground tanks. Surface guages and connections were
destroyed. $600.  Lost approx 1,200 gallons @ $2.37 per gallon        consumable
YARD "Art"
* Rail Road Art Installation (Replica Bridge), custom        1 new & AFHI
* two authentic vintage wagon wheels $850 and $600        * AFHI
* vintage maneur spreader wagon        * AFHI
Spare FENCING/Gates
spare 3 strand barbed wire (1 roll), 30 spare T posts        5 like new

gates (custom at driveway and back of property) pole gate, and slatted wood        12 above average
* "Love" personalized property sign on gate        5 *AFHI
spare beaver control fencing (10 posts and  1 roll welded wire fencing )        15 like new
**TOTAL ,**

### BARN/GARAGE
SECOND FLOOR
MODEL RAILROAD DETAIL(built over 40 years)
* Rolling stock - HO cars, 200; + Kadee Truck/Couplers, Antiques        * AFHI
* HO  15 Locomotives, @ $180 ea, Antiques        * AFHI
* ON 30 gauge :  45 freight cars @ $65 ea., Antiques        * AFHI
* 16 passenger cars @$187ea., Antiques        * AFHI
* Locomotives, (DCC), 7, Antiques        * AFHI
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| * | Locomotives, (DC), 8, Antiques | | * AFHI |
| | Road Bed | 12 | |
| * | Track: 1,000', code 100 road bed, connecors nails | 12 | * AFHI |
| * | 31  Switches, w/ motor ($25/switch) | 12 | * AFHI |
| * | Scenery:  1000 trees, 200 rocks, grass, water, color | 12 | * AFHI |
| | Structures: | 12 | |
| * | Buildings, houses, RR stuff | 12 | * AFHI |
| * | Bridges, portals, abutments | 12 | * AFHI |
| * | Controls:  Basic NCE, transformers, wiring, 3 controllers | 12 | * AFHI |
| * | Backdrop | 12 | * AFHI |
| * | Tools, Equipment, Materials, and Supplies | 12 | * AFHI |
| * | Brass Collectibles: 8 Locomotives, Antiques | | * AFHI |
| * | 25 HO houses, buildings | 12 | * AFHI |
| * | LABOR est. 1,000 @ $60 (Naples est.) | 12 | current est. |

**MODEL RAILROAD TOTAL**

| | | |
|---|---|---|
| OFFICE | | |
| Telescope -Tasco | 12 | mint |
| iMAC 21.5" (w/USB cable, etc.) | 6 | average |
| WiFi extender unit - Acus brand | 1 | new |
| "Simplisafe" equipment - base package ($340, with $200 in extras) motion detectors, cameras, glass break, door moitors, water detectors, wifi+Cellular options, extra sensors, detectors, etc. | 2 | like new |
| Sound System: Sony CD changer; Receiver Yamaha), cabling | 4 | like new |
| RR Book Collection: | | mint |
| Desk  (cabinets, storage, complete wall ) | 11 | above average |
| phone 2 line, speaker and VM, land line - panasonic | 6 | average |
| office supplies: printer paper, folders, paper clips, pens, pencils, erasers, rulers, hole punch, sticky notes, tape, tape dispenser, drawer organizer, rubber bands, twist ties, white-out, screen cleaner, cloth, note pads (several sizes), dictionary, calculator | 0-3 | new-average |
| *  Signal Lamp, antique | | * AFHI |
| *  Pheasant (carved wood, painted), antique | | * AFHI |
| 2  B&W Floor Speakers | 4 | above average |
| *  Book ends (Rail sections, antique) | | * AFHI |
| *  D&RG trainman's cap (antique) | | * AFHI |
| Casio Electronic Piano | 20 | above average |
| HP 6500 ink jet printer, extra ink (unused) | 3 | above average |
| Sony TV, 24" | 15 | above average |
| *   STIEFFLE table LAMP  (Mine lamp reproduction) | | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| * | Brass Bed, antique | * AFHI |
| | Mattress, full | 3 like new |
| | 4 pillows  (2 down, 2 Euro Sq.) Ralph Lauren | 3 like new |
| | Ralph Lauren linens: duvet, shams, sheets, | 3 like new |
| | Rowing Machine, PRECOR | 6 above average |
| | Treadmill, PRECOR | 5 above average |
| * | 2 Medallions D&RG ($150 ea.) | * AFHI |
| | Floor Lamp brass with cloth shade | 15 average |
| | Drafting Table (Architecture) w/ parallel straight edge | 10 above average |
| | Drafting Chair | 10 above average |
| * | Antique Steamer Trunk  2 x 2 x 3 | * AFHI |
| | Dolly Support, cantalever | 11 above average |
| * | 33 LP Records: 23"  @ 10/"  x $10/ea | * AFHI |
| * | 2 albums, collectors edition: Miller, Dorsey | * AFHI |
| * | Box of 33 LP:  66 x  $10/ea | *AFHI |
| | Lead Glass window suppliess, glass, caming,solder, paste | 0 new |
| * | C.D.s,  48 @ $12/ea | 10 * AFHI |
| * | Leather suitcase, "JAL", Antique | * AFHI |
| | Wicker Chair w/ cushion | 7 above average |
| | 2  secretary chairs | 10 average |
| | Railroad PAINTING, o/c, 18" x 22" (gift of president C&T Rail) | saved |
| | CROSSMAN lever action BB Rifle | 10 average |
| * | 3 antique Bamboo fly rods with reels | * AFHI |
| | Georgetown anniversary framed POSTER | 5 mint |
| | 42 Equipment Operating manuals var. tools, equip, & appl. | mint |
| | Eureka vacuum | above average |

**TOTAL BARN 2nd FLOOR**

FIRST FLOOR

| | | |
|---|---|---|
| * | Noratake dinnerware - set of 8 (plates, salad, bowls, mugs, saucers, plus cream/sugar, two serving bowls, platter | mint * AFHI |
| * | fine china japanese dishes (from a DC-10 Continental Airlines service) 8 settings: plate, small bowl, larger bowl, cup, saucer) | mint * AFHI |
| | Yakima cargo carrier for vehicle roof 48" x 52" | 1 mint |
| * | 20 x 15 canvas tarp (heirloom) | * |
| | Armoir cabinet, walnut, 5 drawer | 15 above average |
| | 3 SHOP VACs  ($140, $110, $100) | 5 average |
| LW | Wood Lathe, 36", motor, tools - craftsman | 12 above average |
| | Battery DEWALT Drills & Bits | 2 like new |
| | Air hose 75', 3/8" | 3 like new |
| | 30" AMANA top freezer Refrigerator | 10 above average |
| | food/drinks in garage fridge/freezer | 0 consumable |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| * | DELTA Jigsaw & motor, blades, stand, foot control. | | * AFHI |
| | Floor Drill Press - Craftsman | 12 | like new |
| LW | Wood and Metal bits (Forstner) Craftsman | 5 | like new |
| LW | Tool Chest (2 sections) Craftsman pro | 10 | above average |
| | . Knives: hone,punchs, awls (Stanley) | 5 | above average |
| | . Measure; square; level;tape, compass; caliper | 5 | above average |
| | . Drill Bits ,brace, chisels | 5 | above average |
| | . Sand paper sheets & holder | 5 | like new |
| LW | . Screw Drivers (snap-on, flat, phillips, torx) | 4 | like new |
| | . Pliers, cutters channel lock | 4 | like new |
| LW | . Sockets and drivers, torque wrenches, hex - Snap on | 6 | above average |
| | . Hammers, mallets | 5 | above average |
| | . Plumbing tools;(cutters and wrenches) butane torch solder paste Rigid, Benzomatic | 5 | above average |
| | . Hand  Saws (hack, miter, scroll, cross-cut, rip) | 5 | average |
| | CORDED TOOLS | | |
| | . 2 Sanders (belt, disc), spare belts Dewalt | 5 | above average |
| | . Sabre saw: bladed electric planer  Dewalt | 3 | like new |
| | . Grinder -  4.5" spares | 5 | above average |
| LW | . Drill 3/8" + drills (long) Craftsman | 5 | above average |
| LW | . Drill  1/2"  Craftsman | 7 | average |
| | 2 Transits:  optical;  infrared-remote + stake, and tripod | 3 | mint |
| LW | 2 "skill" saws; CRAFTSMAN 7 1/4" (corded), blades | 5 | above average |
| | Reciprical saw, DEWALT, (corded), blades | 5 | above average |
| | BOSCH hammer drill & bits | 5 | above average |
| LW | Compound Mitre saw & portable bench, 10" Craftsman | 5 | above average |
| LW | Wrench/ box end sae/metric; rachette sae/metric Snap on | 5 | above average |
| | Snips: right, left, straight - Wiss | 5 | above average |
| | 2# Maul | 5 | average |
| | 3 Eye guards | 5 | average |
| | Drywall T square | 5 | average |
| | Drywall lifting Handle | 5 | average |
| | 2 Hard Hats | 5 | average |
| | Welding mask, gloves, apron | 4 | average |
| | Mig Welder w argon. cart, tank - Lincoln | 3 | like new |
| | 120v Stick Welder, clamps, scaler, brush, rods - Lincoln | 8 | average |
| | Brazing set (OX, butane, flux, braze) rods | 5 | above average |
| | Hand Planes: Jack, cabinet, small, spoke shave | 5 | above average |
| | 10" Carbide saw blades & Router Head w/ bits | 3 | like new |
| | . 4 Rip | | |
| | . 3 Cross | | |
| | . 3 Fine | | |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| | .  Router/dado kit  (throat plate, 5"D) | | |
| | 10" Table Saw, Table extensions, Pro Fence, foot on/off | | 3 like new |
| | .  DELTA, movable stand ,foot control, dust collection &vac | | |
| | Router & blades, portable table -  Delta | | 5 above average |
| | Dolly (mechanic's) | | 5 above average |
| | 3 ton hydrolic lift yellowjacket | | 5 like new |
| | Straightedge Clamp, 4+ feet | | 2 like new |
| * | Steamer Trunk, antique, (wardrobe style - hanging compartment, leather bound brass hardware, stenciled gold ID & port labels) 3x3x4 | | * AFHI |
| * | Holiday (Christmas, Halloween, 4th July, etc) Decorations, tree base (vintage tree ornaments (heirloom), indoor lights & decorations) | | * AFHI |
| * | 3 Custom Stained Glass windows 2x3, 2x3 pair 1x1 | | * AFHI |
| * | Wood Burning Cookstove, & copper water tank,  vintage, | | * AFHI |
| LW | Rotary Grinder, dual shaft, spare wheels  - Craftsman | | 5 like new |
| LW | Rotary wire brush (dual shaft), spares - Craftsman | | 5 average |
| | 3 Battery chargers | | 5 above average |
| | Batteries (sealed),  (ATV, Mower, Chipper, Grader) | | 2 like new |
| LW | CRAFTSMAN planer, 8", stand, chip bin, Motor, foot control | | 5 like new |
| | 8 Shop Lights 4 led, 4. cfl | | 3 like new |
| | shop estension cord roll up and cord | | 2 like new |
| LW | Compressor,  6 gal, 1 1/2 HP Craftsman | | 5 average |
| | Air Tools: wrench/driver, sockets, hoses, gauges | | 5 above average |
| | 4 pair Saw Horses, adjustable, plastic | | 3 average |
| | Chest of Drawers, 3 drawer, blue | | 5 above average |
| | Misc. supplies, paint,  mechanical and construction | new | new |
| * | antique, parts DRAWER CABINET: 30 drawer | | * AFHI |
| * | 2)  2' Storage shelves (2x4), 1 shelf, oak | | * AFHI |
| | duct tape, gorilla tape, painters tape, super glue, wood glue, epoxy, adhesives, liquid nails, | new | new |
| | box (12x11x14) copper pipe fittings new 1/2 & 3/4" | new | new |
| | Joola ping pong table, nets, 8 paddles, balls and custom wall rack | | 4 above average |
| | rubber floor mats and drip tray for vehicles | | 4 average |
| | shop stool | | 10 average |
| | 20 clamps of various sizes (furniture, strap, metal, bench, c, locking, pipe, action, grip, wratchet, etc) Craftsman/Irwin | | 6 above average |
| | vise grip pliers - set of 3 Irwin | | 3 like new |
| * | 6' x 30" solid wood work bench with 7" vise (left), clamp down (middle), woodworking vise on front, wired for powed with foot activated pedal, tempered masonite laminated plywood to 3/4", reinforced base, Antique | | *AFHI |

**TOTAL 1st FLOOR BARN (GARAGE)**


**SNOWMOBILE SHED**

\* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| POLARIS: ATV 250,  2x4, electric; tools (extra set), tow ropes | 10 | above average |
| POLARIS: ATV 350,  4X4, electric water cool, tow; tools (extra set) | 8 | above average |
| SKI DOO, snowmobile 880, 'Summit', long track, water cool, belt cover, tools (extra set), tow | 4 | above average |
| CB radio | 15 | average |
| SKI DOO, snowmobile 800, 'Mac 1'. water cool; tools (extra set), belt, tow | 12 | average |
| SKI DOO, snowmobile 580, air cool;  tools, belt | 4 | above average |
| SKI DOO, snowmobile 250 'Elan (2 cyl), air cool; cover, tools (extra set), belt | 20 | average |
| 3 SKI DOO brand snowmobile covers | 4 | above average |
| snowmobile sled trailer | 10 | average |
| 15 SKI DOO spare drive belts | new | new |
| Oil for injection: 6 gal. SKI DOO 2 cyl | new | new |
| Trans./Hydrolic oil: 15 gal, AW 32, | new | new |
| Clutch kit, strap handle | 5 | like new |
| 2 Spare ATV tire, 21-7-10 | new | new |
| 2 pair REI X-Country skis, boots, poles | 10 | above average |
| 2 pair REI  snow shoes, aluminum, (mens & womens) | 2 | like new |
| Tow cable: 140' x 5/16" T-bar; loops, clamps | 5 | above average |
| SPARE TRIM LUMBER | | |
| .  2x material, misc lengths,  6 & 8" wide = 40 board feet | 10 | like new |
| .  6 wainscote: 10' lengths, pine  =  60 board feet | 10 | like new |
| .  3 Construction tarps: (blue) poly, w/ gromets,  roof | 10 | above average |
| *   CHARISH antique wood step  ladder, 65" | * | AFHI |
| *    antique"Flexible Flier"sled 42" | * | AFHI |
| 30'  1/2" electrical conduit PVC (new), pack of 5, 10' | new | new |
| 24' steel antenna mast, 180 rings,  Guywire | 10 | above average |
| 8 ice hockey sticks;  2  goal stands, nets, 12 pucks, | 5 | average |
| badminton set - nets, rackets, birds, boundaries | 10 | average |
| *   2) galv wash tubs antique | * | AFHI |
| FM extended range antenna | 15 | above average |
| Snow Plow (drag Style) | 5 | above average |

**TOTAL SNOWMOBILE SHED**

**FIELD TOOL SHED**         (east side of Snowmobile shed)

| | | |
|---|---|---|
| LW | Chain Saws: MAKITA 680, HUSKVARNA 455, Rancher CRAFTSMAN electric.  DR battery, spare & charger | 3 | above average |
| | Work Bench, vise, sharpener, hand tools, drawers | 6 | average |
| * | 12 Toys: antique metal TONKA, truck dozer shovel | * | AFHI |
| | tow Chains   100' + hooks | 4 | average |
| | Contractor Extention Cords  4) 100' | 4 | above average |
| | Rope 3/4" 200'  cordage 3/8" 100'  nylon rope 3/8" 300 spool of bailing twine | new | new |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| Gas Cans  (7 6 gal,  2 1 gal, 1 1gal.2  propane | | 4 above average |
| | | |
| Yard Tools: jacks, saws, 4 Loppers, prie bar, crow bar,shovels, rakes, hoes, axes, | | |
| swedges, fence stretchers, gas funnels, spare tools, snomo parts, tire chains | | 5 average |
| Hose nozzels, 3)plastic 3) brass | | 3 above average |
| SUPPLIES | | |
| . Hardware, Screws, Nails, Oil, Parts | new | new |
| | | |
| . Garden supplies - dirt, fertilizer, seed, hand tools, pots, gloves, plant food, | new | new |
| . Fuel, gasoline, premi, kerosine | new | new |
| JACOBSON Snow Thrower, electrict start | | 4 above average |
| | **TOTAL FIELD  TOOL SHED** | |

| | | |
|---|---|---|
| **STORAGE SHED**  (west side of Snowmobile Shed) | | |
| Dining Room Table, custom 8' solid wood legs and top | | 8 above average |
| WEBER Grill and cover | | 6 average |
| Lawn Mower, DR 22 | | 3 above average |
| HONDA Trash Pump, hoses | | 6 above average |
| Ladders: 10', 6', 20' ext, step | | 3 above average |
| 13 gal gas tank, pump, nozzle | | 4 above average |
| Building Supplies | new | |
| .6)  4 x 8 CDX 1/2" | new | new |
| . Misc roofing materials: coated rolled | new | new |
| . Holiday outdoor wiring & lights | new | new |
| Bird Feeders, swivel, custom, ranchet | | 4 like new |
| | **TOTAL STORAGE SHED** | |

| | | |
|---|---|---|
| **IMPLEMENT BAYS** | | |
| 5500 watt Mobile Generator, Generac, | | 5 like new |
| DR Rotiller | new | new |
| Chipper/broom BSC, Power unit | | 8 above average |
| DR Tree Chipper 4400 towable, chute, road, | | 4 above average |
| DR Grader Pro 48 | | 4 above average |
| Work Table | | 10 average |
| JOHN DEERE snowblower: X738, 54" blower; ROPS Cab | | 2 like new |
| yard roller and 800# of sand (330 + 300) | | 5 above average |
| STRUCK MH 5000, w/ attachments  (see quote) | | 8 above average |
| | **TOTAL IMPLEMENT BAYS** | |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

**WALK-WAY SHED**

| | | |
|---|---|---|
| 2 wheel barrows | 5 | average |
| DR BRUSH MOWER, pro XL, 44T | 3 | above average |
| 3 Hoses ( 3/4": 100', 75', 50'), 3 nozzles, hose reel | 3 | above average |
| 55 gal  steel STORAGE DRUM + lid | 15 | average |
| 50 gal. Trash barrell | 6 | average |
| Firewood (camp fire), 2 cords (full) in shed and stacked in yard | 2 | average |
| Kindling box: 3' x 8' x 4', custom; kindling | 2 | above average |

**TOTAL WALK-WAY SHED**

**TRAILER SHED**

| | | | |
|---|---|---|---|
| 4x8'  trailer (not registered), rec. vehicle, Northstar | | 4 | above average |
| 6 x 10 x 16  trailer, Utility (KARA VAN) not registered | | 6 | above average |
| LW | ATV trailer 3x4  - Craftsman | 2 | above average |
| boat trailer with iron i-beam cradle bunks for 23' sail boat - not registered | | 18 | below average |
| 6 spare rough lumber 1x10 roof sheeting, 12' | new | new | |

**TOTAL TRAILER SHED**

# SUMMARY, EXTENSION STRUCTURES

PROPERTY
MODEL RAILROAD
BARN, 2nd FLOOR
BARN, 1st FLOOR
SNOWMOBILE SHED
FIELD TOOL SHED
STORAGE SHED
IMPLEMENT BAYS
WALKWAY SHED
TRAILER SHED

**SUBTOTAL, EXTENSION STRUCTURES**

**GRAND TOTAL**

RESIDENCE
EXTENSIONS

**TOTAL**

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

Replacement
Cost Total

3,568.97
788.87
881.36

1,305.72
168.66
326.43
168.66
712.71
81.61
70.73
206.74
282.91
244.82
446.12
652.86
331.87
364.51
97.93

1,088.10
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

92.49
217.62
70.73
59.85

750.79
282.91
315.55
544.05
146.89
380.84

108.81

1,577.75
32.64
48.96

163.22
272.03
1,632.15
435.24
54.41
92.49
157.77
27.20
21.76
21.76

97.93
190.42
544.05
179.54
217.62

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

272.03

489.65
783.43
544.05
1,632.15
435.24
435.24
136.01
27.20
386.28
598.46

4,080.38
59.85
380.84
837.84
1,474.38
81.61
1,523.34
174.10
1,305.72

935.77

2,312.21

3,710.42

952.09
1,033.70
5,331.69
641.98

674.62
3,264.30
870.48

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

195.86
1,360.13
163.22
92.49


272.03
54.41
544.05


462.44


2,992.28
87.05
272.03
32.64

326.43
690.94
16.32
21.76


1,327.48
168.66
761.67
326.43
163.22
609.34
217.62
152.33
54.41
870.48

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

130.57
163.22


163.22

163.22
217.62



489.65
6,093.36
1,142.51

446.12

674.62
598.46
870.48
1,088.10
108.81
130.57

2,067.39
761.67
217.62
54.41
3,046.68
217.62
707.27
380.84

2,720.25
1,305.72
272.03
380.84
979.29


1,088.10

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

ə

ə

348.19
598.46
489.65
979.29
870.48
244.82
244.82

560.37
1,414.53
190.42

217.62

326.43
244.82

598.46
408.04
462.44
163.22

544.05
108.81
54.41
1,958.58
1,088.10
163.22
70.73
272.03
108.81

326.43
4,896.45
652.86
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

761.67
2,937.87
1,088.10

1,904.18
163.22
108.81
435.24
5,331.69
3,617.93
342.75
272.03
1,115.30
6,093.36

598.46

272.03
342.75
1,795.37
272.03

326.43
152.33
5,984.55

380.84

380.84
21.76
81.61
38.08
76.17
38.08
108.81
48.96
272.03
43.52

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

48.96

1,305.72
190.42
43.52
70.73
108.81
21.76
544.05
261.14
652.86
326.43
217.62
3,760.47

1,523.34
1,305.72
163.22

65.29

130.57
272.03
380.84
1,305.72
478.76
163.22
163.22

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

23,502.96

1,251.32
1,566.86
544.05
544.05
544.05
380.84
413.48
174.10
326.43
54.41
38.08

1,207.79
652.86
816.08
652.86
489.65
652.86
2,176.20
2,611.44
652.86

652.86
217.62
163.22
195.86

244.82

239.38

2,495.01
979.29

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,500.00
489.65
2,012.99
1,632.15
391.72
9,575.28

163.22
217.62
163.22
87.05
163.22
369.95
81.61
81.61
3,101.09

761.67

1,632.15

544.05
108.81
76.17
1,338.36
380.84
163.22
195.86

4,896.45

239.38
421.09
34.82
826.96

326.43
326.43
108.81

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

195.86
522.29

52.23
130.57
91.40
43.52
87.05
65.29
108.81

3,808.35

435.24
544.05
544.05
195.86
272.03
783.43

87.05
54.41
217.62

979.29
1,077.22

761.67
266.58
195.86

21.76
23.94
81.61
136.01
163.22
108.81
65.29
380.84

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

76.17
70.73
97.93

544.05
21.76
48.96
391.72
1,088.10
108.81
435.24
1,371.01
152.33
1,175.15

1,196.91
108.81
652.86

108.81
108.81
87.05
168.66
261.14
108.81

136.01

2,829.06
609.34

641.98
108.81
54.41
38.08

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

326.43
1,088.10


1,523.34
979.29
326.43
272.03
544.05

870.48
70.73

163.22
272.03
81.61
27.20
87.05
435.24

174.10
54.41

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,142.51
1,088.10

5,168.48
272.03

272.03

3,747.42

2,557.04
1,577.75
2,785.54

489.65

816.08
70.73
81.61

7,170.58
2,937.87
3,438.40
3,514.56
3,481.92
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,305.72

2,720.25
816.08
2,176.20

4,406.81
1,958.58
2,350.30
272.03
3,264.30
2,992.28
680.06
65,286.00

435.24
1,523.34
870.48

587.57
1,632.15
3,781.15
4,896.45
54.41

288.35
54.41
272.03
761.67
54.41
272.03
380.84
495.09
130.57
272.03

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,632.15
544.05
761.67
761.67
1,088.10
3,046.68
326.43
250.26
1,632.15
184.98
707.27
326.43
2,502.63
544.05
718.15
380.84
626.75
163.22
163.22
217.62

43.52
816.08
43.52
457.00
141.45

680.06

435.24
652.86
326.43
435.24
380.84
2,546.15
152.33
76.17
935.77
326.43

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

413.48
413.48
565.81
799.75
435.24
380.84
184.98
163.22
435.24
163.22
707.27
272.03

511.41
272.03

261.14
359.07
108.81
152.33
141.45
4,472.09
380.84
141.45
826.96
565.81
674.62
43.52
54.41
54.41
16.32
10.88
54.41
174.10
1,447.17
141.45
119.69
446.12
718.15

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,251.32

228.50
54.41
310.11
54.41

2,176.20

7,072.65
2,285.01
1,360.13
533.17
348.19
184.98
424.36
729.03
261.14
76.17
326.43
424.36
369.95
326.43
5,440.50
761.67
544.05

337.31
315.55
598.46
217.62
43.52

1,360.13
27.20

1,849.77

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

7,072.65
10,228.14

15,124.59
141.45
14,798.16
10,228.14
8,976.83
1,033.70
217.62
2,203.40
326.43
217.62
125.13
108.81
924.89
582.13
163.22

179.54
81.61
136.01
435.24
500.53
65.29
130.57
478.76
43.52
272.03
65.29
3,808.35

2,067.39
816.08
1,305.72
326.43
348.19
435.24
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

652.86

1,632.15
130.57

870.48

272.03
152.33
217.62

1,414.53
152.33
489.65
1,958.58
598.46
163.22

326.43
870.48
2,448.23
533.17

1,100.00
525.00
4,243.59
5,300.00
1,440.00
272.03
26,015.38
707.27
57,529.00

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

228.50
3,917.16
217.62
163.22
108.81
326.43
217.62


979.29
2,176.20
228.50
3,536.33
130.57


**$696,017.67**


* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

## ' THE CABIN'
6853 County Road 41
Granby, Colorado 80446
Owner  -  Dan Love

DATE FILED: May 4, 2022 4:42 PM
FILING ID: 8EB129A2A97E3
CASE NUMBER: 2022CV30034

| | CONTENTS | Age | Condition |
|---|---|---|---|
| **RESIDENCE** | | | |
| GUEST BEDROOM | | | |
| | BED: wrought iron frame, mattress, linens, 2 down pillows, 2 foam pillows, electric blanket | 2 | like new (only used for seldom guests) |
| * | CHEST OF DRAWERS, antique (MBD), solid wood, painted | | * AFHI |
| * | Antique BUREAU, (MBD), mahogany, carved handles, | | *AFHI |
| | CONTENTS: 4 sets of designer  Ralph Lauren sheets, $300/ea; | 2 | above average (only used for seldom guests) |
| * | Antique satin evening purse; vintage evening gloves | | * AFHI |
| * | Antique SIDE CHAIR with needlepoint & carvings (MBD) | | * AFHI |
| | round pressboard TABLE with custom cover | 8 | above average |
| * | Antique ROCKER (wicker and solid wood), custom upholstered cushion | | * AFHI |
| | throw pillow (on rocker) | 3 | like new |
| * | vintage teddy bear | | * AFHI |
| * | Edison wax recording | | *AFHI |
| * | antique walnut NIGHT STAND w/ shelf | | * AFHI |
| * | Antique RADIO, cathedral style | | * AFHI |
| | Aladin Oil LAMP, painted glass shade, electrified | 8 | like new |
| * | Original Oil landscape PAINTING, approx. 2' x 3', framed (J.A.L.) | | * AFHI |
| | 2 custom boudoir pillows - Ralph Lauren | 5 | like new |
| | 3 AREA RUGS, 8x10 $ 225,  2x4 $55 x 2 | 10 | above average |
| * | Wooden folding SUITCASE STAND, custom, Antique | | * AFHI |
| | Rick Preston color photo, Still Life,  10" x  18" | Saved | |
| | "DUTCH GIRL", painting | Saved | |
| | Silver: hand mirror; engraved box (LW) and brush, (MBD) | saved | |
| | Hand QUILT, (JBD) | saved | |
| | Bed Spread | saved | |
| | 2 Vintage leather SUITCASES  (JWD, initialed) | saved | |
| | 2 sets of curtains, tie-backs, rings (RESTORATION HD) | 12 | like new |
| | Brass LAMP (on chest of drawers) | 10 | above average |

* antique, family, heirloom, irreplacable (AFHI)

**EXHIBIT C**

Jun 2, 2021

| | | |
|---|---|---|
| STIFFEL LAMP; shade | 47 | above average |
| 4 hardback books | 0 | new |
| GE table clock | 10 | above average |
| **TOTAL** | | |

**GUEST CLOSET**

| | | | |
|---|---|---|---|
| | 2 queen quilts (@ $260/ea (Pottery Barn), 2 blankets @ $85/ea, | ~5 | like new |
| | 2 custom sham/pillows @$130 ea. - Ralph Lauren | 8 | like new |
| * | Twin folding bed, Antique | * AFHI | |
| * | Singer Sewing machine, vintage, portable, w/ carry box | * AFHI | |
| | Eureka Vaccum, (cannister) w/ attachments | 6 | Above Average |
| * | 2 Stetson Hat (MBD and JAL) | * AFHI | |
| | Beaver Top Hat (CWD) | saved | |
| | Cane with gold handle (CWD) | saved | |
| | temperpedic pillow | 2 | like new |
| | clothing: Columbia men's snowpants, Columbia women's snowpants, Lowa | | |
| | men's hiking boots, men's Maui Jim polarized sunglasses | 2 | like new |
| | ironing board and pad/cover (full size) | 3 | like new |
| | black and decker steam iron | 3 | like new |
| | **TOTAL** | | |

**GUEST BATH**

| | | | |
|---|---|---|---|
| * | Antique wall MIRROR | *AFHI | |
| | 2 TOWEL SETS (Ralph Lauren Egyptian cotton) | 2 | like new |
| * | Cast Iron Claw Foot tub and plumbing for shower | * AFHI | |
| | 360 curtain rod and two layer shower curtains, lace | 5 | Above Average |
| | stainless bath caddy - hang over side of tub | 5 | Mint |
| | cabinet with glass doors | 15 | Mint |
| | toiletries (artisan soaps, neutrogena sunscreen, lotions, etc) | 0 to 3 | like new |
| | trash basket | 5 | Average |
| | bath mat/rug | 2 | Above Average |
| | glass, toothbrush stand | 2 | Above Average |
| | 2 still-life color PHOTOGRAPHS (matted & framed) | saved | |
| | **TOTAL** saved | | |

**HALL, STAIRWELL LANDING**

| | | |
|---|---|---|
| * | Burro SADDLE (wood) | * AFHI |
| * | 5 Antique HORSE BITS | * AFHI |
| * | silver in-laid SPURS | * AFHI |
| * | Antique 5 gal MILK CAN | * AFHI |
| * | Antique 2 gal COFFEE CAN | * AFHI |
| * | Mesa Verde PHOTOGRAPH (Long House) matted & framed | 5 * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| Antique NAVAJO RUG (3' X 5') | | saved |
| Collection of FAMILY PHOTOGRAPHS, framed | | saved |
| | **TOTAL** | |

## MASTER BEDROOM

| | | |
|---|---|---|
| Window bench custom seat cushion | 15 | Above average |
| Window bench storage: 3 down pillows @$239 ea | 7 | like new |
| Blankets | 5 | like new |
| 3 pair of PB CURTAINS, rings,curtains, tie backs | 12 | like new |
| * FLOOR LAMP, antique brass with leather shade | * | AFHI |
| * Bedside TABLE/ Night Stand, antique, walnut | * | AFHI |
| iron lamp with cloth shade | 7 | like new |
| GE alarm clock | 7 | average |
| * SIDE CHAIR, needlepoint seat, antique | * | AFHI |
| * 4 drawer CHEST, oak, antique | * | AFHI |
| chest contents: Ralph Lauren: t-shirts, polos, camisoles, 3 jeans, courderoys, wool sweaters, underwear, smartwool socks, etc | 3 | Above average |
| basket with approx. $35 in loose change, silver dollars | 1 | average |
| Aladin LAMP, brass, electrified | 8 | like new |
| raised Dog bed & custom cushion  (base: material & labor) | 3 | Above average |
| Wicker Chair with 2 leather pillows | 7 | like new |
| crocheted throw blanket | 2 | like new |
| UPHOLSTERED CHAIR  (American) | 7 | like new |
| embriodered throw pillow with down | 2 | like new |
| * HIGH BOY CHEST and beveled mirror, antique,1/4 sawn oak | 5 | * AFHI |
| contents:  eye glasses, watches, supplies, batteries, 4 benchmade pocket knives | 3 | Above average |
| chest contents: clothes: LLBean, Eddie Bauer:  t-shirts, polos, long sleeve, courderoys, jeans, underwear, smartwool socks, cotton socks, hankerchiefs | 3 | Above average |
| CLOSET #1, contents: 2pr Soloman hiking boots, 3 pr Columbia hiking sneakers, Ralph Lauren: ski pants & Jackets, 5 sweaters, robe, slippers, laundry basket | 5 | Above average |
| CLOSET #2, contents: (Dan's) clothes, shoes, robe, shirts - two LLBean flanel, 3 long sleeve button pull overs, slippers, dress slacks, 3 pair pants casual, CPSUPL, Breton red,  loafers, tevas, 36 rolls of toilet paper, | 0-3 | Above average |
| cowboy boots, 3 belts  (Dan's) | 4 | like new |
| * solid BRASS BED,full, antique | * | AFHI |
| feather shams, w down pillows ($80, $510) - Ralph Lauren | 2 | like new |
| electric blanket (Queen, dual controls Eddie Bauer), custom linen dust ruffle ($220,$400) | 4 | like new |
| Gas STOVE/ Vermont Castings, "intrepid/Stardance" | 10 | mint |
| programmable stove-pipe thermostat | 10 | like new |
| Down Dog Bed with personalized cover (under bed) - cuddledown | 8 | mint |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| * | Vintage Navajo rug  4 1/2' x7' | | * AFHI |
| | folding SUITCASE STAND | 10 | Above average |
| | Workout EQUIPMENT: sm barbells, mat, foam rollers | 5 | like new |
| | custom Jacuard coverlet | saved | |
| | 1920s Navajo rug  (G.S.D.) | saved | |
| | pair Vintage PHOTOGRAPHS (Dan's great grandparents) | saved | |
| | Vintage PHOTOGRAPH,  "Telluride", framed | saved | |
| * | Gordon & DL matted and framed photo | 7 | * AFHI |
| * | "littlest wiseman" Christmas Celebration - JAL signed copy | | * AFHI |
| * | grandparent custom matted and framed photo | 8 | * AFHI |
| | | **TOTAL** | |

MASTER BATH

| | | | |
|---|---|---|---|
| * | Antique DRESSER/SINK STAND | | * AFHI |
| | razor, water pick, cosmetics/make-up (various brands), medications, 2 Conair hair dryers, curling iron, tweezers, clippers, scissors, files, brushes, cotton balls, qtips, makeup pads, (Aveda) shower body wash, shampoo, conditioner, loofah, pumice, nail brush | 0-3 | Above Average |
| * | Antique SILVER TRAY, (ADL)  supplies | | * AFHI |
| * | Antique beveled glass MIRROR (oval) | | * AFHI |
| | Wicker BASKETS | 5 | Like new |
| | LITHOGRAPH, (Cowboy boots) framed | saved | |
| | first aid (wraps, braces, band-aids, cold medicine, etc.) | 1 | New |
| | 4 Sets towels (Rest. Hdw. - Egyptian) | 3 | Like new |
| | trash basket | 5 | Above Average |
| | bath mat rug | 3 | Above Average |
| | | **TOTAL** | |

DEN

| | | | |
|---|---|---|---|
| * | Naugahide arm CHAIR  (JAL, gift to from Gov. Ronald Regan) | | * AFHI |
| | (Potery Barn) THROW BLANKET & PILLOW, faux fur | 10 | Like new |
| * | TREAD DRAWER  chest(SIDE TABLE), antique | | * AFHI |
| * | HANDLAND D&RG Railroad Switch Light (oil), antique | | * AFHI |
| | 6 - assortment of Wildlife Books  (6 @ $25) | 5 to 10 | mint |
| * | 1950's national geographic mag's 14 @ $40 | | *AFHI |
| * | Historic rail section book ends D&S, engraved | | *AFHI |
| | Tony Hillerman Hardback books 7@ $20 | five | Above average |
| | contents: TV/Sound System remotes, cards, coasters, etc | 5 | average |
| * | DEPOT DOLLY (COFFEE TABLE), restored antique, c1920 | | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| * | Adlake Brakeman oil LANTERN,  D&RG,antique | * AFHI |
| * | antique TRUNK/CHEST with wroght iron stand | * AFHI |
| * | antique steam locomotive OIL CAN | saved |
| * | antique TOY locomotive | saved |
| * | D&RG conductor's summer CAP with badge | * AFHI |
| | Assorted collection of rail spikes ): D&G Silverton Rail Section, original; switch | |
| * | Lock & Key | * AFHI |
| * | Brass free-standing LAMP, 1920s, antique | * AFHI |
| | ON WALLS | |
| | railroad  MAIL BAG, antique | saved |
| | 3 William Henry Jackson PHOTOGRAPHS, railroad themes | saved |
| | Barbara Van Cleve PHOTOGRAPH, "Ghost Horses" 39x25 | saved |
| * | "PLATFORM NO 4", vintage railroad depot sign,  8' x 1.5' | * AFHI |
| | LEATHER COUCH, (new) Rest. Hardware | 2 new |
| | Herringbone wool covered SIDE CHAIR & OTTOMAN | 8 Above average |
| | Navajo blanket | saved    average |
| | SISSEL RUG | 8 average |
| | 2 leather & coyote fur pillows, 3 Deer Skin pillows | saved |
| | 2 Navajo rug pillows (including 1 from MB), ea $310 | 10 mint |
| | Window Seat CUSHION, custom linen | 6 Above average |
| | CONTENTS: 2 down pillows (ea $239), 2 custom wool blankets | 4 Above average |
| | Curtains + rings, tie-backs | 10 Like new |
| * | #94 Bell Provenance & photo (see bell on front porch) | * AFHI |
| | wrought Iron Desk LAMP | 13 mint |
| | ENTERTAINMENT CENTER' | |
| | TELEVISION,  55" LGT  with surround sound (Oled) | 1 new |
| | RECIEVER (Denon) | 3 Like new |
| | DVD  (Sony) | 3 Like new |
| | VHS (Hitachi), tape player | 20 Above average |
| | 5 speakers (B&W) + woffer | 5 Like new |
| | Apple TV | 1 new |
| | Sonos wireless streaming amplifier | 1 new |
| | wiring & cabling, HDMI, Hi-Fidelity connections | 1 Like new |
| | Union Pacific Dining Car TEA SERVICE (unique antique):     w/menu, | |
| * | cards,provenance letter from UP to Gov Love | *AFHI |
| | bushnell BINOCULARS, 2 pr | 8 Like new |
| * | antique Army Bugle, WWI Round Water Canteen | * AFHI |
| * | 2 Miners lamps (oil); antique; Hand School Bell | * AFHI |
| | CLOSET:  3 Blankets; wall sconce; back massage pad | 5 Like new |
| | BOOK SHELVES/CABINET: | |
| | .    BOOKS | 5 |
| | . Colorado History, trips, wildlife, passes, flower guides | 5 mint |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| . Colorado topo maps, railroad history | 5 | Above average |
| . 'the CABIN' history | 5 | * AFHI |
| . assorted novels | 5 | Above average |
| . Photo matted framed  (D&SL Train & Tressel on Rallings Pass) | 3 | mint |
| *    . 3 small, antique PRECOLUMBIAN POTS | | * AFHI |
| . Games (Board, electronic) 15 @ 30 ea | 8 | average |
| . VHS Tapes; DVD Movies; Great Courses (15 x $40ea) | 4 | Above average |
| . WiFi Router ASUS | 1 | new |
| *    custom framed & matted photo (ADL) at entry | | * AFHI |
| *    Antique Desk chair  - leather seat, wood | | * AFHI |

**TOTAL**

LIVING/DINING ROOM

| | | |
|---|---|---|
| 2 Mexican EQUIPALE CHAIRS (high back with arms) | 10 | above average |
| *    French 17th c.  COFFER (large chest) | | * AFHI |
| *    ALADDIN OIL LAMP classic | 25 | * AFHI |
| 'Daniels' BABY PHOTO ALBUM | saved | |
| *    Pr  Women's high lace boots, vintage | | * AFHI |
| *    Daniels' Store SIGN, carved, gold leaf | saved | |
| TUCKER SMITH PRINT | saved | |
| *    Dulcimer, custom DL | | * AFHI |
| *    Antique DRESSER, oak, antique (used as side-board) | | * AFHI |
| CONTENTS: Linens (napkins, tablecloths, placemats, napkin rings, placecard holders, table decorations | 3 | above average |
| silverware | 5 | like new |
| *    . Carving knife set: horn, silver, 3 piece, antique (CWD) | | * AFHI |
| *    . Original FRONTIER 8 piece place setting, stainless | | * AFHI |
| . 19th  Beaded Ute leather moccasins | saved | |
| *    . 3 Costa Rican PreColumbian (1,000-1,500 AD) CLAY POTS | | * AFHI |
| TOMAHAWK  (Bent's Old Fort reproduction) | 20 | above average |
| *    Wrought Iron antique CANDLE HOLDER | | * AFHI |
| 2 Tall floor INFINITY SPEAKERS | 3 | like new |
| 4 (2 pair) ceiling INFINITY SPEAKERS | 3 | like new |
| *    2 glass OIL LAMPS | | * AFHI |
| *    Antique SALT & PEPPER SHAKERS (wood) | | * AFHI |
| *    sterling silver salt and pepper shakers with tray - heirloom | | * AFHI |
| *    Antique Hollow-trunk BASKET | | * AFHI |
| CHARLES PARTRIDGE ADAMS, 'ASPEN GROVE', o/c, signed | saved | |
| *    Pendulum Reglulater wall CLOCK, oak, chimed, 3-day | | * AFHI |
| 16 Assorted Antlers (moose, elk, deer antelope) | 5 | above average |
| *    2 Eastlake SIDECHAIRS, carved, rattan | | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| * | Eastlake SIDE TABLE, carved mahogany, pink marble top, | * AFHI |
| | DINING TABLE, w/ leaves , in-laid slate trevits, custom | 4 like new |
| * | 4 antique pressed-wood back CHAIRS | * AFHI |
| | NAVAJO RUG | saved |
| | KARASTAN RUG,  9' X 12', w/ pad | 15 above average |
| * | Antique, custom, free standing wrought iron LAMP, custom shade | * AFHI |
| * | Antique Brass SPITOON | * AFHI |
| | Vermont Castings FIRE TOOLS and steamer pot | 8 like new |
| | Vermont Castings 'Defiant' GAS STOVE w/shelves | 4 like new |
| | Ralph Lauren leather ARM CHAIR | 8 above average |
| | FOOT STOOL, cowhide, custom | 6 above average |
| * | Glass Top vatrine SIDE TABLE, antique,  w/ found objects | * AFHI |
| * | MISSION STYLE ROCKING CHAIR, antique, leather seat | * AFHI |
| | Leather COUCH, 3 cushion,  Rest. Hardware | 8 above average |
| | 2 custom cow-hide pillows | saved |
| | COUCH TABLE , custom | 10 mint |
| | C.E. Dallin, 'INDIAN ON HORSE', bronze, #42 | saved |
| | PETRIFIED ROCK, polished sample | saved |
| | " MOUNTAIN LION", bronze, stone | saved |
| | Sextant | 4 mint |
| | Pot LAMP, electrified, w/ custom aspen bark shade | 12 above average |
| * | COFFEE TABLE (authentic hatch cover),, wood, iron, custom | 15 * AFHI |
| | 3  J Fielder, 'Colorado 1870-2000', #1&2vol; 'Ranches | 5 mint |
| | William Henry Jackson, Folio, ROCKY MOUNTAIN RAIL ROADS album | saved |
| | NEW MEXICAN CERAMIC POT | saved |
| * | Antique END TABLE ("FERN STAND), turned legs, | * AFHI |
| | wrought iron table LAMP | 11 mint |
| | Upholstered DAY BED, custom | 10 above average |
| | NAVAJO RUG | saved |
| | 3 leather pillows | saved |
| | Wrought Iron FLOOR LAMP & SHADE | 13 like new |
| | Wrought Iron CHANDELIER, custom | saved |
| | ladder | 13 average |
| | RR spikes (coat rack) | 13 average |
| | rustic wood Latitude/longitide sign | 2 new |
| | shoe/boot mat | 5 average |
| * | candle snuffer | * AFHI |
| | long matches/ wooden match holder | 5 average |
| | wine barrel (wood holder) | 10 average |
| | nylon wood carrier | 10 average |
| * | vintage snow shoes (wall hanging) | * AFHI |
| | outdoor thermometer | 2 above average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| wreath with bird nest | 10 | above average |
| **TOTAL** | | |

## LOFT

| | | |
|---|---|---|
| 2 vintage NATIVE AMERICAN RUGS: 2' x 4'; 2' x 5' | saved | |
| 2 BEDS (twin & full): mattresses, liners, pillows, blankets | 15 | average |
| * DRESSER 4-drawer, solid wood, painted | * AFHI | |
| * lamp (on dresser) porcelain/glass | * AFHI | |
| kids stuffed animal, toys, games, books, puzzles, blocks | 5 to 15 | average |
| lether toy box/foot stool with hinged lid | 15 | average |
| trash can - metal | 15 | average |
| Camping Gear ($1,150) & Canvas Umbrella tent $530): backpacking stove, propane heater, 3 Coleman lanterns, 2 headlamps, 2 flashlights, first aid kit, backpacking cooking set, 4 bowls, 4 sets utensils, 2 folding camp chairs, 2 cots, 2 rain ponchos, 4 folding cups, soap container, matches container, flint stone, etc. | | |
| REI/Coleman | 15 | above average |
| REI BACK PACK, TUMP LINE | 20 | above average |
| 2 Down, rectangular, adult SLEEPING BAGS - REI | 20 | above average |
| Nylon TENT PACK (4 man)   (REI) | 20 | above average |
| 2 SLEEPING PADS - Coleman | 15 | above average |
| carpet and pad for loft, wool  16x18 (32 yds.)@  $12/ft | 10 | averge |
| **TOTAL** | | |

## MECHANICAL ROOM

| | | |
|---|---|---|
| Bosch CLOTHES 24" WASHER (tax & delivery) | 16 | above average |
| 24" DRYER (ventless) | 16 | above average |
| auto water leak cutoff | 10 | above average |
| Gas FURNACE, Gas WATER HEATER, Electric Sub-panel | | |
| (Covered as part of Structure) | | |
| laundry detergent, dryer sheets, stain spray | new | |
| **TOTAL** | | |

## 3/4 BATHROOM

| | | |
|---|---|---|
| Mexican Railroad PHOTO (repro.) matted & framed | 5 | mint |
| 3 TOWEL SETS  (Pottery Barn: 2 tan 1 lt blue) | 3 | like new |
| Norelco cordless RAZOR | 12 | average |
| * Antique sink & brass fixtures & wall brackets | 25 | * AFHI |
| Rejuvination LIGHT FIXTURES  (2 @$220 ea) | 4 | above average |
| MISC. :  medicines, toiletries, plunger, mouse traps, cleaners, brushes | 2 | new- average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

\*      Brass RAILROAD LUGGAGE RACK                                                    \* AFHI
                                                                              **TOTAL**


AUDIO CLOSET

\*      LPs : 33 RPM   2160 records @$10 ea)                                    \* AFHI
\*      Two-Track CASSETTE TAPES  (computed: 15 x 24" drawer,
             5" wide = 115 tapes x $10ea)                                       \* AFHI
       CDs  (15 x 24" drawer@ 36/row x 4 = 144 @ $10 ea                 eight - 2( mint
       EQUALIZER (Sony)                                                         15 above average
       RECEIVER (Yamaha)                                                        5 like new
       AMPLIFIER  (Sony),  4 channel                                           5 like new
       CD PLAYER, 5 disc carasel (Sony)                                        5 like new
       RECORD PLAYER, multi speed, single play (Sony)                          5 like new
       TAPE PLAYER, reversible automatic, (Yamaha)                             6 above average
       cables, wires, Hi-Fidelity cables                                       5 like new
       tube LED cabinet lights                                                 2 like new
\*      cover for thermostat antique wrought iron                               \* AFHI
                                                                              **TOTAL**


HALL CLOSET

       4 WINTER COAT: Columbia, REI, LL Bean (mtn. classic, work coats, ski jackets)    5 above average
       6 mid-weight JACKETS, PONCHOS @ 100 ea REI                             10 like new
       REI: 2 BACKPACKS ($250 ea), 2 FANNY PACKS ($60 ea);WALKING POLES       10 above average
       4 pr  SNOW BOOTS - Sorrell                                             5 above average
       3 pr WORK, HIKING BOOTS - Lowa, Redwing                                6 average
       6 PR snowmobile GLOVES (@$100/pr) Klim                                 3 average
       10 snowmobile HELMETS (@$200/ea) - Bell                                9 average
       Snowmobile SUITS(4) , PANTS,  JACKETS  (3 mens, 1 womens) - SkiDoo     7 above average
       6 GOGGLES (@$100/ea) - Scott                                           4 above average
       MISC. GEAR: Hats, Gaiters, Scarves, Water Bottles, Liners, buffs, face masks, face
       shields, socks, leg-warmers, suspenders                                5 average
        2 motorola radios                                                     3 like new
       closet organizers: bins, hangers, hooks, shelf                        10 above average
       6 pair rubber wader boots                                             5 above agerage
                                                                              **TOTAL**


KITCHEN
\*      antique dining chair - leather seat & wood                              \* AFHI


\* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

|  | | |
|---|---|---|
| | 4 wood dining chairs with curved wood backs (two in dining, two in breakfast | |
| * | area) | * AFHI |
| | Bankette: custom seat cushion ($1,500), 5 custom Beacon   Bankette pillows | |
| | ($250);  7 R.L. custom pillows ($543) | 10 above average |
| * | Deer Antler CHANDELIER, custom | 20 * AFHI |
| | 5 reproduction 1880's Pole LAMPS (Rejuv.) $279/ea | 20 above average |
| * | Antique Crank PHONE (converted to dial; worked!) | * AFHI |
| | LG French two-door REFRIGERATOR, 30" | 1 new |
| | perishable food in fridge and freezer | new |
| | Panasonic MICROWAVE | 1 new |
| | Heartland Classic Style, model 4210, gas 4 burner, elect STOVE | 20 above average |
| | SMALL APPLIANCES: | |
| * | Antique MIXER with bowls (Hamilton Beach) | * AFHI |
| | FOOD PROCESSOR (Cuisinart) | 4 like new |
| | TOASTER OVEN Black and Decker | 25 average |
| | TOASTER - Artisan Cuisinart | 3 like new |
| | BLENDER Cuisinart | 15 average |
| | COFFEE MAKER (Nespresso/DeLongi & FROTHER (Nespresso) | 1 new |
| * | vintage 1960's coffee percolator electric Sunbeam | *AFHI |
| | coffee capsules | 0 new |
| | COOKWARE:  (All-Clad, Calphalon, Le Creuset, antique cast iron) | 8 above average |
| | 5 qt.Dutch oven (Le Creuset), skillets, griddle, roaster pans,  double | |
| | boilers, veg. steamer | 4 like new |
| | BAKING EQUIPMENT: Silpat, 2 pie plates, 3 rolling pin, cookie cutters, cookie | |
| | sheets, cake pans & decorating kit -  Williams Sonoma | 8 above average |
| | . 20 mixing bowls (glass, All Clad stainless steel), cake pans, pyrex  - various | |
| | sizes, measuring cups, misc. other | 3 above average |
| | hand mixer (Cuisinart), | 3 above average |
| | kitchen torch, new butane refill ($15) | 4 like new / new |
| | 9 Wusthof KNIVES SET  & BLOCK  (details available) | 3 mint |
| | FLATWEAR (Oneida), 16 piece + serving; Paul Revere | 15 above average |
| | MANDOLIN  (OXO Chef's)  stainless | 6 above average |
| * | Set of 6 Crystal WINE GLASSES (family, 4th generation) | * AFHI |
| | DISHES: | |
| | | |
| | DANSK, 'Blue Umber', 16 place settings: salad, bowls,mugs,  4 pasta bowls, 3 | |
| | serving platters, 2 lg serving bowls, 3 sm serving bowls, creamer, sugar | |
| * | bowl,discontinued  (acquired only through REPLACEMENTS, $99-$139/ piece) | * AFHI |
| | 16 dinner plates | saved |
| | Lidded casserole, 5 qt.blue mist | 3 like new |
| | Wm SONOMA, "Snowman", 8 place settings | 3 like new |
| | appetizer; 4 Crate & Barrel bowls | 2 like new |
| | CRATE & BARREL, 'White Pearl', 8 place settings: dinner, | 5 like new |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| salad, sm bowls, soup bowls, serving platter | | |
| Holiday platters, 3 carving boards, trays | 8 | like new |
| BREVILLE, espresso machine | 3 | like new |
| * Galvanized Cookie canister, antique | * | AFHI |
| GLASSES | | |
| * Set of 6 Crystal WINE GLASSES | * | AFHI |
| DANSK, 12 Everyday DRINKING & | 10 | above average |
| 12 DOUBLE 'OLD FASHIONED' GLASSES. | 10 | mint |
| CRATE & BARREL, 'Impressions' 8 water glasses | 4 | above average |
| * 6 DOUBLE 'OLD FASHIONED' crystal, etched w/ individual animals | * | AFHI |
| 4 RED WINE GABLOONS (Crate & Barrel, 'Camille') | 6 | mint |
| REIDEL: 8 assorted WHITE WINE glasses | 2 | mint |
| 8 blue stem 'Sonoma' WINE GLASSES | 6 | mint |
| * 6 SHERRY GLASSES, Crystal, turned stem | * | AFHI |
| * Assorted Inherited family WINE GLASSES | * | AFHI |
| FOOD STUFF: (kitchen cupboards) spices, condiments, baking ingredients, canned/jar food, snacks, bread, potatoes, beans, etc. | | consumable |
| MISC. LINENS (kitchen dish towels, 3 table cloths, hot pads, cloth napkins) williams sonoma | 6 | above average |
| POTTERY BARN: 60" Round Kitchen TABLE,wood | 15 | mint |
| * PREP TABLE, 30" x 60", butcher block, turned legs, custom | * | AFHI |
| STEP LADDER/SEAT, maple | 15 | average |
| TRASH RECEPTICAL, stainless steel, (Bed, Bath & Beyond) | 3 | above average |
| * COOKBOOK COLLECTION (26 vol) | * | AFHI |
| . 'Homes and Gardens', Cook's Illustrated', Franey '60min' | | |
| Prudhomme, 20 other hardback and paperback, printed recipe collection | | |
| 4 Wireless PHONE SET (3 phones, (Panasonic), vm | 2 | like new |
| Inside/outside TEMPERATURE GAUGE, (La Crosse) | 1 | new |
| * Historic WALTER'S BEER TRAY, BOTTLES, GLASSES | * | AFHI |
| Misc. TOOLS, UTINSELS, SPECIALTY IMPLEMENTS, STORAGE CONTAINERS (tupperware, rubbermaid, glass canning jars, etc). | 5 | average |
| FONDUE SETS (all-clad, mauviel copper) -used only 2-3 times | 5 | like new |
| LIQUOR CABINET: Supplies, Cocktail, Bottled Hard Liquers  5 @ $35 gal/qt,  21 @ $25 | 5 | consumable |
| ramakin set (8) | 5 | like new |
| MIRRO cook set: sauce pans, double boilers, stock | 15 | like new |
| 6 KLM  'Dutch House' LIQUOR SAMPLE BOTTLES, Collectable | | saved |
| large basket (on floor by table) | 8 | above average |
| space heater | 6 | average |
| refillable 2.5 gal water jugs (4) and water pitcher | 5 | average |
| drawer organizers, hooks, towel rods, bottle opener | 10 | average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | |
|---|---|
| 5 Ka Tom supply 3/4 thick cutting boards and rack | 5 average |
| glass dry good "cannister" set (4) Crate and Barrel - Heritage Hill | 3 like new |
| sink  - ceramic pottery sponge and brush holder +implements | 5 above average |
| 20 dog toys, balls, leashes, bells and toy basket | 3 average |
| aspen tree photo on metal | 4 mint |
| dog food  & treats - two bags (sashi) | 0 consumable |
| ID prescription dog food - science diet (Sam) | 0 new |
| **TOTAL** | |

## PANTRY

| | |
|---|---|
| * Storage CABINET (antique, painted, solid wood with old style latches) & FOOD SUPPLIES | * AFHI |
| 20" stainless steel mixing bowl | 15 mint |
| 3 Hummingbird Feeders | 5 above average |
| LIGHT CHANGER POLE + ATTACH., Floor MOP, BROOMS, | 3 like new |
| 18 weeks: REI freeze dried food meals | 9 month new |
| BONA wood MOP, Tile MOP + SPRAYS | 1 like new |
| KENMORE HEPA Cannister VACCUM ,w/ rug head | 5 like new |
| 14 pr ICE SKATES (mens, womens, assort sizes @$90/pr), | 10 average |
| FOOT LOCKER TRUNK, $140 | 15 average |
| WINE RACK & WINE (6 bottles @ $20/bot., 6 @ $60 ea., 6 @ $100 ea. ) | 1 new |
| 3 cases of wine (not in rack) California varietals red and white ($25 each - 12 bottles per case) plus shipping | 1 new |
| LIGHT BULB SUPPLIES: LED, clear, etc.   , 50@ $2 | 2 new |
| CLEANING SUPPLIES: cleaners, polishes, oils, equipment, | 2 consumable |
| SMALL APPLIANCES: | |
| BREAD MAKING MACHINE | 6 like new |
| RACLET GRILL & PANS | 8 like new |
| * vintage stove-top, cast iron WAFFLE MAKER | * AFHI |
| 8 QT STOCK POT, stainless | 15 like new |
| Colonial CANDLES  (6 boxes @ $40/box) | 2 new |
| paper goods: plates, bowls, cups, plastic utensils, napkins, paper towels | 0 new |
| wax paper, parchment paper, tin foil, seran wrap, ziplock baggies (3 sizes), lunch bags | 0 new |
| **TOTAL** | |

## FRONT PORCH

| | |
|---|---|
| 2 CHAIRS w/ full pads, redwood (Robin's retro chair) | 15 above average |
| * 2 Redwood TABLES(round, oval), custom | * AFHI |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| 3 stained BENCHES, custom (Home Depot: $142 ea., but would need 4 to add to approx. length) | 10 | above average |
| wine barrel (water catcher) | 10 | average |
| metal "our cabin" sign | 5 | above average |
| door mat | 5 | average |
| Wood SWING | 10 | average |
| * 2' ANCHOR LIGHT (electrified), galvanized, antique | * | AFHI |

**TOTAL**

BACK PORCH

| | | |
|---|---|---|
| FURNITURE SET, painted expanded metal, ornamental detail | | |
| 48" TABLE; 4 SIDE CHAIRS | 10 | above average |
| ROCKER; SIDE TABLE, 40" X 16";  2 SEAT SETTEE | 10 | above average |
| seat cushions for all | 10 | above average |
| 8' UMBRELLA | 3 | above average |
| STORAGE CHEST, 4' x 2' x 2', | 5 | average |
| DUCANE GAS (propane) GRILL , 3 burner (discontinued - equivalent to Weber Genesis 3 burner) | 5 | above average |
| GRILL TOOLS | 3 | above average |
| * Cast Iron  COOKWARE | * | AFHI |
| * 12", 10" SKILLETS + LIDS | * | AFHI |
| * 12" DUTCH OVEN | * | AFHI |
| * 24" x 12" GRIDDLE | * | AFHI |
| * MUFFIN MAKER | * | AFHI |
| 2  20 gal PROPANE TANKS | 1 | consumable |
| GENERAC POWER JUNCTION BOX for PORTABLE GENERATOR wired to main service entry | 10 | above average |
| * personalized/custom "Gov Love" boot cleaner | * | AFHI |
| metal grate (back door area) | 7 | average |

**TOTAL**

## SUMMARY, RESIDENCE

. GUEST BEDROOM

**.** GUEST CLOSET

. GUEST BATH

. HALL, STAIRWELL LANDING

MASTER BEDROOM

. MASTER BATH

. DEN

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

. LIVING/DINING ROOM

.  LOFT

. MECHANICAL ROOM

. 3/4 BATH

. AUDIO CLOSET

. HALL CLOSET

. KITCHEN

. PANTRY

.  FRONT PORCH

.  BACK PORCH

## RESIDENCE TOTAL

### PROPERTY

POND

| | | |
|---|---|---|
| Dock: it was more severely fire damaged underneath and no longer serviceable. It is 10' x10', 2x8 treated lumber and cement cap blocks and took 8 hours to build.  It has a replacement value of $948 (not including shipping and taxes), was 6 years old and received its last replacement maintenance to new condition last fall just before the wildfire. Boat hardware (cleat and keel spool ) amounted to $125 more installed and were no longer safe to use. | 6 | Above average (refurbished 2 months before fire) |
| HEAD GATE and SLUICE, custom (labor @$50/16 hours) | 20 | average |
| DOCK & 2 Adirondak CHAIRS | 9 | above average |
| * WOODEN OARS, 'Nutshell Pram' DINGY:  oars, paint  - with labor $50/40hours) | 9 | * AFHI |
| 4 log benches & supports (8 ft each) - at fire pit | 25 | average |

OUT HOUSE

| | | |
|---|---|---|
| * framed 1960 vintage POSTER, SUPPLIES (TP, Lime, storage box) | | average |

PROPANE

| | | |
|---|---|---|
| two 1,000 gal underground tanks. Surface guages and connections were destroyed. $600.  Lost approx 1,200 gallons @ $2.37 per gallon | | consumable |

YARD "Art"

| | | |
|---|---|---|
| * Rail Road Art Installation (Replica Bridge), custom | 1 | new & AFHI |
| * two authentic vintage wagon wheels $850 and $600 | | * AFHI |
| * vintage maneur spreader wagon | | * AFHI |

Spare FENCING/Gates

| | | |
|---|---|---|
| spare 3 strand barbed wire (1 roll), 30 spare T posts | 5 | like new |
| gates (custom at driveway and back of property) pole gate, and slatted wood | 12 | above average |
| * "Love" personalized property sign on gate | 5 | *AFHI |
| spare beaver control fencing (10 posts and  1 roll welded wire fencing ) | 15 | like new |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

**TOTAL ,**

## BARN/GARAGE

SECOND FLOOR

| MODEL RAILROAD DETAIL(built over 40 years) | | |
|---|---|---|
| * | Rolling stock - HO cars, 200; + Kadee Truck/Couplers, Antiques | * AFHI |
| * | HO  15 Locomotives, @ $180 ea, Antiques | * AFHI |
| * | ON 30 gauge :  45 freight cars @ $65 ea., Antiques | * AFHI |
| * | 16 passenger cars @$187ea., Antiques | * AFHI |
| * | Locomotives, (DCC), 7, Antiques | * AFHI |
| * | Locomotives, (DC), 8, Antiques | * AFHI |
| | Road Bed | 12 |
| * | Track: 1,000', code 100 road bed, connecors nails | 12 * AFHI |
| * | 31  Switches, w/ motor ($25/switch) | 12 * AFHI |
| * | Scenery:  1000 trees, 200 rocks, grass, water, color | 12 * AFHI |
| | Structures: | 12 |
| * | Buildings, houses, RR stuff | 12 * AFHI |
| * | Bridges, portals, abutments | 12 * AFHI |
| * | Controls:  Basic NCE, transformers, wiring, 3 controllers | 12 * AFHI |
| * | Backdrop | 12 * AFHI |
| * | Tools, Equipment, Materials, and Supplies | 12 * AFHI |
| * | Brass Collectibles: 8 Locomotives, Antiques | * AFHI |
| * | 25 HO houses, buildings | 12 * AFHI |
| * | LABOR est. 1,000 @ $60 (Naples est.) | 12 current est. |

**MODEL RAILROAD TOTAL**

| OFFICE | | |
|---|---|---|
| Telescope -Tasco | 12 | mint |
| iMAC 21.5" (w/USB cable, etc.) | 6 | average |
| WiFi extender unit - Acus brand | 1 | new |
| "Simplisafe" equipment - base package ($340, with $200 in extras) motion detectors, cameras, glass break, door moitors, water detectors, wifi+Cellular options, extra sensors, detectors, etc. | 2 | like new |
| Sound System: Sony CD changer; Receiver Yamaha), cabling | 4 | like new |
| RR Book Collection: | | mint |
| Desk  (cabinets, storage, complete wall ) | 11 | above average |
| phone 2 line, speaker and VM, land line - panasonic | 6 | average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

office supplies: printer paper, folders, paper clips, pens, pencils, erasers, rulers, hole punch, sticky notes, tape, tape dispenser, drawer organizer, rubber bands, twist ties, white-out, screen cleaner, cloth, note pads (several sizes), dictionary, calculator   0-3   new-average

| | | | |
|---|---|---|---|
| * | Signal Lamp, antique | | * AFHI |
| * | Pheasant (carved wood, painted), antique | | * AFHI |
| | 2  B&W Floor Speakers | 4 | above average |
| * | Book ends (Rail sections, antique) | | * AFHI |
| * | D&RG trainman's cap (antique) | | * AFHI |
| | Casio Electronic Piano | 20 | above average |
| | HP 6500 ink jet printer, extra ink (unused) | 3 | above average |
| | Sony TV, 24" | 15 | above average |
| * | STIEFFLE table LAMP  (Mine lamp reproduction) | | * AFHI |
| * | Brass Bed, antique | | * AFHI |
| | Mattress, full | 3 | like new |
| | 4 pillows  (2 down, 2 Euro Sq.) Ralph Lauren | 3 | like new |
| | Ralph Lauren linens: duvet, shams, sheets, | 3 | like new |
| | Rowing Machine, PRECOR | 6 | above average |
| | Treadmill, PRECOR | 5 | above average |
| * | 2 Medallions D&RG ($150 ea.) | | * AFHI |
| | Floor Lamp brass with cloth shade | 15 | average |
| | Drafting Table (Architecture) w/ parallel straight edge | 10 | above average |
| | Drafting Chair | 10 | above average |
| * | Antique Steamer Trunk  2 x 2 x 3 | | * AFHI |
| | Dolly Support, cantalever | 11 | above average |
| * | 33 LP Records: 23"  @ 10/"  x $10/ea | | * AFHI |
| * | 2 albums, collectors edition: Miller, Dorsey | | * AFHI |
| * | Box of 33 LP:  66 x  $10/ea | | *AFHI |
| | Lead Glass window suppliess, glass, caming,solder, paste | 0 | new |
| * | C.D.s,  48 @ $12/ea | 10 | * AFHI |
| * | Leather suitcase, "JAL", Antique | | * AFHI |
| | Wicker Chair w/ cushion | 7 | above average |
| | 2  secretary chairs | 10 | average |
| | Railroad PAINTING, o/c, 18" x 22" (gift of president C&T Rail) | saved | |
| | CROSSMAN lever action BB Rifle | 10 | average |
| * | 3 antique Bamboo fly rods with reels | | * AFHI |
| | Georgetown anniversary framed POSTER | 5 | mint |
| | 42 Equipment Operating manuals var. tools, equip, & appl. | | mint |
| | Eureka vacuum | | above average |

**TOTAL BARN 2nd FLOOR**


FIRST FLOOR
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | | |
|---|---|---|---|
| | Noratake dinnerware - set of 8 (plates, salad, bowls, mugs, saucers, plus | | |
| * | cream/sugar, two serving bowls, platter | mint | * AFHI |
| | fine china japanese dishes (from a DC-10 Continental Airlines service) 8 settings: | | |
| * | plate, small bowl, larger bowl, cup, saucer) | mint | * AFHI |
| | Yakima cargo carrier for vehicle roof 48" x 52" | 1 | mint |
| * | 20 x 15 canvas tarp (heirloom) | | * |
| | Armoir cabinet, walnut, 5 drawer | 15 | above average |
| | 3 SHOP VACs  ($140, $110, $100) | 5 | average |
| LW | Wood Lathe, 36", motor, tools - craftsman | 12 | above average |
| | Battery DEWALT Drills & Bits | 2 | like new |
| | Air hose 75', 3/8" | 3 | like new |
| | 30" AMANA top freezer Refrigerator | 10 | above average |
| | food/drinks in garage fridge/freezer | 0 | consumable |
| * | DELTA Jigsaw & motor, blades, stand, foot control. | | * AFHI |
| | Floor Drill Press - Craftsman | 12 | like new |
| LW | Wood and Metal bits (Forstner) Craftsman | 5 | like new |
| LW | Tool Chest (2 sections) Craftsman pro | 10 | above average |
| | .  Knives: hone,punchs, awls (Stanley) | 5 | above average |
| | .  Measure; square; level;tape, compass; caliper | 5 | above average |
| | .  Drill Bits ,brace, chisels | 5 | above average |
| | .  Sand paper sheets & holder | 5 | like new |
| LW | .  Screw Drivers (snap-on, flat, phillips, torx) | 4 | like new |
| | .  Pliers, cutters channel lock | 4 | like new |
| LW | .  Sockets and drivers, torque wrenches, hex - Snap on | 6 | above average |
| | .  Hammers, mallets | 5 | above average |
| | .  Plumbing tools;(cutters and wrenches) butane torch solder paste Rigid, | | |
| | Benzomatic | 5 | above average |
| | .  Hand  Saws (hack, miter, scroll, cross-cut, rip) | 5 | average |
| | CORDED TOOLS | | |
| | .  2 Sanders (belt, disc), spare belts Dewalt | 5 | above average |
| | .  Sabre saw: bladed electric planer  Dewalt | 3 | like new |
| | .  Grinder -  4.5" spares | 5 | above average |
| LW | .  Drill 3/8" + drills (long) Craftsman | 5 | above average |
| LW | .  Drill  1/2"  Craftsman | 7 | average |
| | 2 Transits:  optical;  infrared-remote + stake, and tripod | 3 | mint |
| LW | 2 "skill" saws; CRAFTSMAN 7 1/4" (corded), blades | 5 | above average |
| | Reciprical saw, DEWALT, (corded), blades | 5 | above average |
| | BOSCH hammer drill & bits | 5 | above average |
| LW | Compound Mitre saw & portable bench, 10" Craftsman | 5 | above average |
| LW | Wrench/ box end sae/metric; rachette sae/metric Snap on | 5 | above average |
| | Snips: right, left, straight - Wiss | 5 | above average |
| | 2# Maul | 5 | average |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| | 3 Eye guards | 5 average |
| | Drywall T square | 5 average |
| | Drywall lifting Handle | 5 average |
| | 2 Hard Hats | 5 average |
| | Welding mask, gloves, apron | 4 average |
| | Mig Welder w argon. cart, tank - Lincoln | 3 like new |
| | 120v Stick Welder, clamps, scaler, brush, rods - Lincoln | 8 average |
| | Brazing set (OX, butane, flux, braze) rods | 5 above average |
| | Hand Planes: Jack, cabinet, small, spoke shave | 5 above average |
| | 10" Carbide saw blades & Router Head w/ bits | 3 like new |
| | .  4 Rip | |
| | .  3 Cross | |
| | .  3 Fine | |
| | .  Router/dado kit  (throat plate, 5"D) | |
| | 10" Table Saw, Table extensions, Pro Fence, foot on/off | 3 like new |
| | .  DELTA, movable stand ,foot control, dust collection &vac | |
| | Router & blades, portable table -  Delta | 5 above average |
| | Dolly (mechanic's) | 5 above average |
| | 3 ton hydrolic lift yellowjacket | 5 like new |
| | Straightedge Clamp, 4+ feet | 2 like new |
| * | Steamer Trunk, antique, (wardrobe style - hanging compartment, leather bound brass hardware, stenciled gold ID & port labels) 3x3x4 | * AFHI |
| * | Holiday (Christmas, Halloween, 4th July, etc) Decorations, tree base (vintage tree ornaments (heirloom), indoor lights & decorations) | * AFHI |
| * | 3 Custom Stained Glass windows 2x3, 2x3 pair 1x1 | * AFHI |
| * | Wood Burning Cookstove, & copper water tank,  vintage, | * AFHI |
| LW | Rotary Grinder, dual shaft, spare wheels  - Craftsman | 5 like new |
| LW | Rotary wire brush (dual shaft), spares - Craftsman | 5 average |
| | 3 Battery chargers | 5 above average |
| | Batteries (sealed),  (ATV, Mower, Chipper, Grader) | 2 like new |
| LW | CRAFTSMAN planer, 8", stand, chip bin, Motor, foot control | 5 like new |
| | 8 Shop Lights 4 led, 4. cfl | 3 like new |
| | shop estension cord roll up and cord | 2 like new |
| LW | Compressor,  6 gal, 1 1/2 HP Craftsman | 5 average |
| | Air Tools: wrench/driver, sockets, hoses, gauges | 5 above average |
| | 4 pair Saw Horses, adjustable, plastic | 3 average |
| | Chest of Drawers, 3 drawer, blue | 5 above average |
| | Misc. supplies, paint,  mechanical and construction | new          new |
| * | antique, parts DRAWER CABINET: 30 drawer | * AFHI |
| * | 2)  2' Storage shelves (2x4), 1 shelf, oak | * AFHI |
| | duct tape, gorilla tape, painters tape, super glue, wood glue, epoxy, adhesives, liquid nails, | new          new |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| box (12x11x14) copper pipe fittings new 1/2 & 3/4" | new | new |
| Joola ping pong table, nets, 8 paddles, balls and custom wall rack | 4 | above average |
| rubber floor mats and drip tray for vehicles | 4 | average |
| shop stool | 10 | average |
| 20 clamps of various sizes (furniture, strap, metal, bench, c, locking, pipe, action, grip, wratchet, etc) Craftsman/Irwin | 6 | above average |
| vise grip pliers - set of 3 Irwin | 3 | like new |

6' x 30" solid wood work bench with 7" vise (left), clamp down (middle),
woodworking vise on front, wired for powed with foot activated pedal,
\*   tempered masonite laminated plywood to 3/4", reinforced base, Antique                *AFHI

**TOTAL 1st FLOOR BARN (GARAGE)**

**SNOWMOBILE SHED**

| | | |
|---|---|---|
| POLARIS: ATV 250,  2x4, electric; tools (extra set), tow ropes | 10 | above average |
| POLARIS: ATV 350,  4X4, electric water cool, tow; tools (extra set) | 8 | above average |
| SKI DOO, snowmobile 880, 'Summit', long track, water cool, belt cover, tools (extra set), tow | 4 | above average |
| CB radio | 15 | average |
| SKI DOO, snowmobile 800, 'Mac 1'. water cool; tools (extra set), belt, tow | 12 | average |
| SKI DOO, snowmobile 580, air cool;  tools, belt | 4 | above average |
| SKI DOO, snowmobile 250 'Elan (2 cyl), air cool; cover, tools (extra set), belt | 20 | average |
| 3 SKI DOO brand snowmobile covers | 4 | above average |

| | | |
|---|---|---|
| snowmobile sled trailer. updated detail & cost:  towable rescue snowmobile trailer (red) with cover.  It was weather sealed and air droppable (parachute). It was welded aluminum with spring catch metal lid originally designed for the military.  In excellent condition and seldom used | 20 | Like New |

| | | |
|---|---|---|
| 15 SKI DOO spare drive belts | new | new |
| Oil for injection: 6 gal. SKI DOO 2 cyl | new | new |
| Trans./Hydrolic oil: 15 gal, AW 32, | new | new |
| Clutch kit, strap handle | 5 | like new |
| 2 Spare ATV tire, 21-7-10 | new | new |
| 2 pair REI X-Country skis, boots, poles | 10 | above average |
| 2 pair REI  snow shoes, aluminum, (mens & womens) | 2 | like new |
| Tow cable: 140' x 5/16" T-bar; loops, clamps | 5 | above average |
| SPARE TRIM LUMBER | | |
| .  2x material, misc lengths,  6 & 8" wide = 40 board feet | 10 | like new |
| .  6 wainscote: 10' lengths, pine  =  60 board feet | 10 | like new |
| .  3 Construction tarps: (blue) poly, w/ gromets,  roof | 10 | above average |
| \*   CHARISH antique wood step  ladder, 65" | | * AFHI |
| \*    antique"Flexible Flier"sled 42" | | * AFHI |
| 30'  1/2" electrical conduit PVC (new), pack of 5, 10' | new | new |

\* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

| | | |
|---|---|---|
| 24' steel antenna mast, 180 rings,  Guywire | 10 | above average |
| 8 ice hockey sticks;  2  goal stands, nets, 12 pucks, | 5 | average |
| badminton set - nets, rackets, birds, boundaries | 10 | above average |
| * 2) galv wash tubs antique | * | AFHI |
| FM extended range antenna | 15 | above average |

**TOTAL SNOWMOBILE SHED**

**FIELD TOOL SHED**      (east side of Snowmobile shed)

| | | | |
|---|---|---|---|
| Chain Saws: MAKITA 680, HUSKVARNA 455, Rancher CRAFTSMAN electric.  DR | | | |
| LW battery, spare & charger | | 3 | above average |
| Work Bench, vise, sharpener, hand tools, drawers | | 6 | average |
| * 12 Toys: antique metal TONKA, truck dozer shovel | | * | AFHI |
| tow Chains   100' + hooks | | 4 | average |
| Contractor Extention Cords  4) 100' | | 4 | above average |
| Rope 3/4" 200'  cordage 3/8" 100'  nylon rope 3/8" 300 spool of bailing twine | new | new | |
| Gas Cans  (7 6 gal,  2 1 gal, 1 1gal.2  propane | | 4 | above average |
| Yard Tools: jacks, saws, 4 Loppers, prie bar, crow bar,shovels, rakes, hoes, axes, | | | |
| swedges, fence stretchers, gas funnels, spare tools, snomo parts, tire chains | | 5 | average |
| Hose nozzels, 3)plastic 3) brass | | 3 | above average |
| SUPPLIES | | | |
| . Hardware, Screws, Nails, Oil, Parts | new | new | |
| . Garden supplies - dirt, fertilizer, seed, hand tools, pots, gloves, plant food, | new | new | |
| . Fuel, gasoline, premi, kerosine | new | new | |
| JACOBSON Snow Thrower, electrict start | | 4 | above average |

**TOTAL FIELD  TOOL SHED**

**STORAGE SHED**  (west side of Snowmobile Shed)

| | | | |
|---|---|---|---|
| Dining Room Table, custom 8' solid wood legs and top | | 8 | above average |
| WEBER Grill and cover | | 6 | average |
| Lawn Mower, DR 22 | | 3 | above average |
| HONDA Trash Pump, hoses | | 6 | above average |
| Ladders: 10', 6', 20' ext, step | | 3 | above average |
| 13 gal gas tank, pump, nozzle | | 4 | above average |
| Building Supplies | new | | |
| .6)  4 x 8 CDX 1/2" | new | new | |
| . Misc roofing materials: coated rolled | new | new | |
| .  Holiday outdoor wiring & lights | new | new | |
| Bird Feeders, swivel, custom, ranchet | | 4 | like new |

**TOTAL STORAGE SHED**

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

**IMPLEMENT BAYS**

| | | |
|---|---|---|
| 5500 watt Mobile Generator, Generac, | | 5 like new |
| DR Rotiller | new | new |
| Chipper/broom BSC, Power unit | | 8 above average |
| DR Tree Chipper 4400 towable, chute, road, | | 4 above average |
| DR Grader Pro 48 | | 4 above average |
| Work Table | | 10 average |
| JOHN DEERE snowblower: X738, 54" blower; ROPS Cab | | 2 like new |
| yard roller and 800# of sand (330 + 300) | | 5 above average |
| STRUCK MH 5000, w/ attachments  (see quote) | | 8 above average |

**TOTAL IMPLEMENT BAYS**

**WALK-WAY SHED**

| | |
|---|---|
| 2 wheel barrows | 5 average |
| DR BRUSH MOWER, pro XL, 44T | 3 above average |
| 3 Hoses ( 3/4": 100', 75', 50'), 3 nozzles, hose reel | 3 above average |
| 55 gal  steel STORAGE DRUM + lid | 15 average |
| 50 gal. Trash barrell | 6 average |
| Firewood (camp fire), 2 cords (full) in shed and stacked in yard | 2 average |
| Kindling box: 3' x 8' x 4', custom; kindling | 2 above average |

**TOTAL WALK-WAY SHED**

**TRAILER SHED**

| | | |
|---|---|---|
| 4x8'  trailer (not registered), rec. vehicle, Northstar | | 4 above average |
| 6 x 10 x 16  trailer, Utility (KARA VAN) not registered | | 6 above average |
| LW  ATV trailer 3x4  - Craftsman | | 2 above average |
| boat trailer with iron i-beam cradle bunks for 23' sail boat - not registered | | 18 below average |
| 6 spare rough lumber 1x10 roof sheeting, 12' | new | new |

**TOTAL TRAILER SHED**

# SUMMARY, EXTENSION STRUCTURES

PROPERTY
MODEL RAILROAD
BARN, 2nd FLOOR
BARN, 1st FLOOR
SNOWMOBILE SHED

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

FIELD TOOL SHED
STORAGE SHED
IMPLEMENT BAYS
WALKWAY SHED
TRAILER SHED

**SUBTOTAL, EXTENSION STRUCTURES**

**GRAND TOTAL**

RESIDENCE
EXTENSIONS

**TOTAL**

# New Additions

| Item description | Age | Condition |
|---|---|---|
| Beveled edge  - 8' x 3.25" x 11/32" steel (sourced at McMaster Carr) | 10 | Like new |
| Ammunition for pistol & rifle – 4 boxes | new | new |
| Two solid gold pocket watches<br>1880's – Elgin – engraved ($1,250)<br>1910's – Waltham – engraved ($600) | antique | Antique/family heirloom |
| Oster massager | 2 | Like new |
| Canon IS III Binoculars 12 x 36 | 2 | Like new |
| Lapel pin collection  - 15 pins at 10 ea. | | collectible |
| 4 Croakies for glasses | 1, 3, 5, 5 | Average |
| 1976 Commemorative Colorado Centennial watch | 45 | Collectible – like new |
| Williams Sonoma Salt and Pepper Grinder set | 3 | Above average |
| Garage cleaners: degreaser, car wash, leather cleaner, brake cleaner, carburetor cleaner, head-light polish, acetone, paint remover, turpentine, pressure washer soap, goof off, goo gone, mineral spirits, CLR, sponges, brushes, etc | 0-4 | Consumable |

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

towable trailer used to transport equipment to the pond to facilitate clearing it for ice skating, including the pump and various gas and hand tools for the job. It was floatable and had a box cover to store things at the pond.  little used except for storage.

10 Above average

Snow plow: drag style  - cuts 12' path

5 Above average

**TOTAL**

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

Replacement
Cost Total

3,568.97
788.87
881.36

1,305.72
168.66
326.43
168.66
712.71
81.61
70.73
206.74
282.91
244.82
446.12
652.86
331.87
364.51
97.93

1,088.10
92.49
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

217.62
70.73
59.85


750.79
282.91
315.55
544.05
146.89
380.84


108.81

1,577.75
32.64
48.96


163.22
272.03
1,632.15
435.24
54.41
92.49
157.77
27.20
21.76
21.76


97.93
190.42
544.05
179.54
217.62
272.03
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

489.65
783.43
544.05
1,632.15
435.24
435.24
136.01
27.20
386.28
598.46

4,080.38
59.85
380.84
837.84
1,474.38
81.61
1,523.34
174.10
1,305.72

935.77

2,312.21

3,710.42

952.09
1,033.70
5,331.69
641.98

674.62
3,264.30
870.48
195.86

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,360.13
163.22
92.49


272.03
54.41
544.05


462.44


2,992.28
87.05
272.03
32.64

326.43
690.94
16.32
21.76


1,327.48
168.66
761.67
326.43
163.22
609.34
217.62
152.33
54.41
870.48


* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

130.57
163.22


163.22

163.22
217.62



489.65
6,093.36
1,142.51

446.12

674.62
598.46
870.48
1,088.10
108.81
130.57

2,067.39
761.67
217.62
54.41
3,046.68
217.62
707.27
380.84

2,720.25
1,305.72
272.03
380.84
979.29


1,088.10

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

348.19
598.46
489.65
979.29
870.48
244.82
244.82

560.37
1,414.53
190.42

217.62

326.43
244.82

598.46
408.04
462.44
163.22

544.05
108.81
54.41
1,958.58
1,088.10
163.22
70.73
272.03
108.81

326.43
4,896.45
652.86

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

761.67
2,937.87
1,088.10

1,904.18
163.22
108.81
435.24
5,331.69
3,617.93
342.75
272.03
1,115.30
6,093.36

598.46


272.03
342.75
1,795.37
272.03


326.43
152.33
5,984.55


380.84

380.84
21.76
81.61
38.08
76.17
38.08
108.81
48.96
272.03
43.52
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

48.96

1,305.72
190.42
43.52
70.73
108.81
21.76

1,680.00
261.14
652.86
326.43
217.62
3,760.47

1,523.34
1,305.72
163.22

65.29

130.57
272.03
380.84
1,305.72
478.76
163.22

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

163.22

23,502.96

1,251.32
1,566.86
544.05
544.05
544.05
380.84
413.48
174.10
326.43
54.41
38.08

1,207.79
652.86
816.08
652.86
489.65
652.86
2,176.20
2,611.44
652.86

652.86
217.62
163.22
195.86

244.82

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

239.38

2,495.01
979.29
1,500.00
489.65
2,012.99
1,632.15
391.72
9,575.28

163.22
217.62
163.22
87.05
163.22
369.95
81.61
81.61
3,101.09

761.67

1,632.15

544.05
108.81
76.17
1,338.36
380.84
163.22
195.86

4,896.45

239.38
421.09
34.82
826.96

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

326.43
326.43
108.81

195.86
522.29

52.23
130.57
91.40
43.52
87.05
65.29
108.81

3,808.35

435.24
544.05
544.05
195.86
272.03
783.43

87.05
54.41
217.62

979.29
1,077.22

761.67
266.58
195.86

21.76
23.94
81.61
136.01

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

163.22
108.81
65.29
380.84
76.17
70.73
97.93

544.05
21.76
48.96
391.72
1,088.10
108.81
435.24
1,371.01
152.33

2,795.00
108.81
652.86

108.81
108.81
87.05
168.66
261.14
108.81

136.01

2,829.06
609.34
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

641.98
108.81
54.41
38.08
326.43
1,088.10

4,698.00
326.43
272.03
544.05

870.48
70.73

163.22
272.03
81.61
27.20
87.05
435.24

174.10
54.41

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

$1,073
1,142.51
1,088.10

5,168.48
272.03

272.03

3,747.42

2,557.04
1,577.75
2,785.54

489.65

816.08
70.73
81.61
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

7,170.58
2,937.87
3,438.40
3,514.56
3,481.92
1,305.72

2,720.25
816.08
2,176.20

4,406.81
1,958.58
2,350.30
272.03
3,264.30
2,992.28
680.06
65,286.00

435.24
1,523.34
870.48

587.57
1,632.15
3,781.15
4,896.45
54.41

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

288.35
54.41
272.03
761.67
54.41
272.03
380.84
495.09
130.57
272.03
1,632.15
544.05
761.67
761.67
1,088.10
3,046.68
326.43
250.26
1,632.15
184.98
707.27
326.43
2,502.63
544.05
718.15
380.84
626.75
163.22
163.22
217.62

43.52
816.08
43.52
457.00
141.45

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

680.06

435.24
652.86
326.43
435.24
380.84
2,546.15
152.33
76.17
935.77
326.43
413.48
413.48
565.81
799.75
435.24
380.84
184.98
163.22
435.24
163.22
707.27
272.03

511.41
272.03

261.14
359.07
108.81
152.33
141.45
4,472.09
380.84
141.45
826.96
565.81
674.62
43.52
54.41

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

54.41
16.32
10.88
54.41
174.10
1,447.17
141.45
119.69
446.12
718.15

1,251.32

228.50
54.41
310.11
54.41

2,176.20

7,072.65
2,285.01
1,360.13
533.17
348.19
184.98
424.36
729.03
261.14
76.17
326.43
424.36
369.95
326.43
5,440.50
761.67
544.05

337.31
* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

315.55
598.46
217.62
43.52

1,360.13
27.20

1,849.77

7,072.65
10,228.14

15,124.59
141.45
14,798.16
10,228.14
8,976.83
1,033.70

550.00
2,203.40
326.43
217.62
125.13
108.81
924.89
582.13
163.22

179.54
81.61
136.01
435.24
500.53
65.29

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

130.57
478.76
43.52
272.03
65.29

2,067.39
816.08
1,305.72
326.43
348.19
435.24
652.86

1,632.15
130.57

870.48

272.03
152.33
217.62

1,414.53
152.33
489.65
1,958.58
598.46
163.22

326.43
870.48
2,448.23
533.17

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

1,100.00
525.00
4,243.59
5,300.00
1,440.00
272.03
26,015.38
707.27
59,681.00

228.50
3,917.16
217.62
163.22
108.81
326.43
217.62

979.29
2,176.20
228.50
3,536.33
130.57

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

**Cost**

**876.00**
**150.00**

**1850.00**

**95.00**
**800.00**
**150.00**

**36.00**

**100.00**

**136.00**

**250.00**

* antique, family, heirloom, irreplacable (AFHI)

Jun 2, 2021

**300.00**

**3500.00**

**707,763.96**

* antique, family, heirloom, irreplacable (AFHI)