IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-01326-REB-STV

DAN A. LOVE,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Joint Notice of Dismissal With Prejudice** [#65],[1] filed October 9, 2023, which I construe as a stipulation for dismissal. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Joint Notice of Dismissal With Prejudice** [#65], filed October 9, 2023, construed as a stipulation for dismissal, is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs; and

3. That this case is closed.

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated October 10, 2023, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge